# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

Author: Jamie S. Felsen, Esq - Member
Direct E-Mail Address: jamie@mllaborlaw.com
Direct Dial: (516) 303-1391

November 25, 2020

**VIA ECF**
Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom N504
Brooklyn, New York 11201

    Re:    **Star Auto Sales of Queens LLC v. Hanie Iskander,** *et al.*
            **Case No.: 1:19-cv-06791-RPK-ST**

Dear Judge Tiscione:

    This firm represents Plaintiff Star Auto Sales of Queens LLC d/b/a Star Subaru in the above-referenced action.

    Plaintiff respectfully requests an adjournment of the motion hearing scheduled for December 3, 2020 at 1:00 p.m. as I will be attending oral argument before the New York Supreme Court, Appellate Division, First Department in another matter on that date. I am available on December 4, 10, and 11.

                          Respectfully submitted,

                          /s/ Jamie S. Felsen

cc:    Hanie Iskander a/k/a John Alexander (via email: jalexander@myhst.com)