Clerk's Office
Filed Date:

(by email) 1/4/2021 11:25 AM

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE