# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

Author: Jamie S. Felsen, Esq - Member
Direct E-Mail Address: jamie@mllaborlaw.com
Direct Dial: (516) 303-1391

March 2, 2021

**VIA ECF**
Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom N504
Brooklyn, New York 11201

   Re: **Star Auto Sales of Queens LLC v. Hanie Iskander,** *et al.*
     **Case No.: 1:19-cv-06791-RPK-ST**

Dear Judge Tiscione:

  This firm represents plaintiff, Star Auto Sales of Queens LLC d/b/a Star Subaru, in the above-referenced action.

  We are in the middle of non-party Douglas Filardo's deposition. He has repeatedly invoked the Fifth Amendment in response to questions and added a caveat that he is doing so because he does not think the questions being asked are relevant to this matter. We just left a message for you and we are hoping to have a conference call as soon as you are available today to resolve this issue.

         Respectfully submitted,

         /s/ Jamie S. Felsen

 cc: Counsel of Record