# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | March 9, 2021 |
| TIME: | 12:00 p.m. |
| DOCKET NUMBER(S): | CV-19-6791 (RPK) |
| NAME OF CASE(S): | Star Auto Sales of Queens LLC v Hanie Iskander, et al. |
| FOR PLAINTIFF(S): | Felsen, Koufakis |
| FOR DEFENDANT(S): | Greben |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | AT&T (12:00 - 12:14) |
| RULINGS FROM Motion Hearing: | |

Defendants' MOTION to Stay [44] is denied. The deposition of Defendant Youseif shall go forward as scheduled. Plaintiff's MOTION for Discovery [47] is granted. Plaintiff's counsel will consult with Mr. Filardo's counsel and submit a letter to the Court with proposed dates and times for a telephone conference regarding the issues raised during Filardo's deposition.