# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | March 16, 2021 |
| TIME: | 3:30 p.m. |
| DOCKET NUMBER(S): | CV-19-6791 (RPK) |
| NAME OF CASE(S): | Star Auto Sales of Queens LLC v. Iskander et al |
| FOR PLAINTIFF(S): | Felsen, Koufakis |
| FOR DEFENDANT(S): | Greben, Moriarty |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | AT&T (3:30 - 3:45) |

**RULINGS FROM** Telephone Conference :

Court held discussion regarding deposition of non-party witness Filardo. Non-party witness Filardo is to be advised that he may assert his Fifth Amendment privilege to avoid answering questions only for valid reasons and not as a substitute for other objections such as relevance. Deposition is limited to issues related to the claims asserted in this matter and should not be used to inquire into issues relately solely to matters in a related state court action.