# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | April 1, 2021 |
| TIME: | 3:00 |
| DOCKET NUMBER(S): | CV-19-6791 (RPK) |
| NAME OF CASE(S): | Star Auto Sales of Queens LLC v Iskander, et al., |
| FOR PLAINTIFF(S): | Felsen, Koufakis |
| FOR DEFENDANT(S): | Greben |
| NEXT CONFERENCE(S): | Telephone Conference - June 4, 2021 at 12:00 p.m. |
| FTR/COURT REPORTER: | AT&T (3:00 - 3:22) |

RULINGS FROM  Telephone Conference          :

Parties are working to complete discovery but need additional time to process requests to third parties for documents and complete outstanding depositions.  The Court will have a further telephone conference on June 4, 2021 at 12:00 p.m.  The parties shall connect to the conference through dial-in number 888-557-8511 with access code 3152145.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court, is strictly prohibited by Local Civil Rule 1.8.  Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.