# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | June 4, 2021 |
| **TIME:** | 12:00 P.M. |
| **DOCKET NUMBER(S):** | CV-19-6791 (RPK) |
| **NAME OF CASE(S):** | **STAR AUTO SALES OF QUEENS LLC V. ISKANDER ET AL.** |
| **FOR PLAINTIFF(S):** | Felsen, Koufakis |
| **FOR DEFENDANT(S):** | Greben |
| **NEXT CONFERENCE(S):** | **AUGUST 5, 2021 AT 2:00 P.M., BY PHONE** |
| **FTR/COURT REPORTER:** | AT&T (12:00 - 12:23) |

**RULINGS FROM TELEPHONE CONFERENCE:**

Parties report that paper discovery should be completed within the next few weeks. Parties need to schedule 30(b)(6) depositions and may need to engage in additional motion practice with respect to non-party Filardo. Plaintiff's Motion for Contempt [32] is denied as moot. The Court will hold a further telephone conference on August 5, 2021 at 2:00 p.m. All parties are to connect to the conference through dial-in number 888-557-8511 with access code 3152145.

**THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court, is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.**