UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
STAR AUTO SALES OF QUEENS LLC
d/b/a STAR SUBARU,

        **NOTICE OF MOTION**

    Plaintiff,

        Case No.  19 cv 6791

  v.

HANIE ISKANDER a/k/a "John Alexander"
AND NAGWA YOUSEIF a/k/a "Nagwa F Youseif,

    Defendants.
-------------------------------------------------------------------X

    Please take notice that upon the accompanying Memorandum of Law, Affirmation of Brian L. Greben, Esq., and annexed materials, Defendants hereby move for an Order:

1. dismissing the Complaint for failure to state a claim upon which relief can be granted, pursuant FRCP 12(b)(6), and for failure to join a necessary party, pursuant to FRCP 12(b)(7) and 19; or, in the alternative

2. granting defendants leave of court to serve a Third-Party Summons and Complaint against Douglass Filardo, pursuant to FRCP 14(a); together with

3. such other and further relief, as this Court may deem appropriate.

Dated: Great Neck, New York
       May 17, 2021

                                      LAW OFFICE OF BRIAN L. GREBEN

                                      /s/ Brian L. Greben
                                    Brian L. Greben
                                    316 Great Neck Road
                                    Great Neck, NY 11021
                                    (516) 304-5357
                                    brian@grebenlegal.com