UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STAR AUTO SALES OF QUEENS LLC
d/b/a STAR SUBARU,                                     **AFFIRMATION IN SUPPORT**

       Plaintiff,

                            **Case No.  19 cv 6791**

       v.

HANIE ISKANDER a/k/a "John Alexander"
AND NAGWA YOUSEIF a/k/a "Nagwa F Youseif,

       Defendants.
------------------------------------------------------------------X

       Brian L. Greben, an attorney admitted to practice in the United States District Court for

the Eastern District of New York, affirms and declares as follows:

       1.       I am attorney of record for defendants, and as such am thoroughly conversant

with the facts and circumstances herein based upon the contents of my file.  I submit this

affirmation in support of defendants' motion an Order: a) dismissing the Complaint for failure to

state a claim upon which relief can be granted, pursuant FRCP 12(b)(6), and for failure to join a

necessary party, pursuant to FRCP 12(b)(7) and 19; or, in the alternative, b) granting defendants

leave of court to serve a Third-Party Summons and Complaint against Douglass Filardo, the

individual who is the subject of the instant action but was not named as a defendant, pursuant to

FRCP 14(a).

       2.       Plaintiff has argued that defendants cannot move to dismiss pursuant to FRCP

12(b) because defendants allegedly filed an answer as *pro se* litigants.  However, the document

that plaintiff references – Doc. 11 – is not an answer.  Document 11 was filed as a "letter," and is

written as a letter addressing some of plaintiff's allegations, but does not identify each allegation,

and is not written in an organized manner that corresponds to the Complaint.  A copy of the

Document 11 accompanies this letter as Exhibit "A."

       3.       A copy of Plaintiffs' Complaint in instant action is annexed hereto as Exhibit "B."

WHEREFORE, defendants respectfully request that the Court grant the instant motion for an Order: a) dismissing the Complaint for failure to state a claim upon which relief can be granted, pursuant FRCP 12(b)(6), and for failure to join a necessary party, pursuant to FRCP 12(b)(7) and 19; or, in the alternative, b) granting defendants leave of court to serve a Third-Party Summons and Complaint against Douglass Filardo, the individual who is the subject of the instant action but was not named as a defendant, pursuant to FRCP 14(a).

Dated:  Great Neck, New York
        May 17, 2021

                              LAW OFFICE OF BRIAN L. GREBEN


                               /s/ Brian L. Greben
                              Brian L. Greben
                              316 Great Neck Road
                              Great Neck, NY 11021
                              (516) 304-5357
                              brian@grebenlegal.com

2