

web.archive.org/web/20180316013258/http://nvadvertising.net/about-us/our-staff/#

http://nvadvertising.net/about-us/our-staff/    Go

OCT  **MAR 16** MA
◀ **2018** ▶
2016       202

12 captures
19 Oct 2014 - 30 Mar 2020



# Nagwa Youseif

**Executive Producer**

Nagwa completed her graduate studies at New York University, then worked as an assistant producer at TBS, developing social and political news stories. She has successfully used social media not only for analytics but also as outreach to unconventional markets, working with clients such as Porsche, Subaru and New York Hospital. Her love of social media is instantaneous and contagious, and she understands its power.

Nagwa is an important and dynamic player on the New Vision Advertising team. She wears many hats beautifully and is adept at managing multiple projects by determining the marketing information required for developing effective new business presentations and supervising the collection and organization of this material.