# LAW OFFICE OF BRIAN L. GREBEN

**316 Great Neck Road**                                        **Office:  (516) 304-5357**
**Great Neck, NY 11021**                                       **Fax:      (516) 726-8425**

**www.grebenlegal.com**                                        **brian@grebenlegal.com**

August 4, 2021

**Via ECF**
Judge Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Star Auto Sales of Queens LLC v. Hanie Iskander et al.*
      Case No. 19 cv 6791 (SLT) (RPK)

Dear Judge Tiscione:

As you know, I am defendants' former counsel.  This correspondence is sent pursuant to your request that I file a letter with the Court containing defendants' contact information.

Defendants John Alexander and Nagwa F. Youseifs' mailing address is:

8259 Enclave Way, Unit 103
Sarasota, Florida  34243

Defendants John Alexander and Nagwa F. Youseifs' email address is john@nvadvertising.net, and their telephone number is 941-822-2597.

Thank you for your time and consideration.

Respectfully submitted,
/s/ Brian L. Greben

Brian L. Greben

cc:   *Via Email and First-Class Mail*
      John Alexander
      8259 Enclave Way, Unit 103
      Sarasota, Florida  34243
      *john@nvadvertising.net*

      *Via Email and First-Class Mail*
      Nagwa F. Youseif
      8259 Enclave Way, Unit 103
      Sarasota, Florida  34243
      *john@nvadvertising.net*