UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

STAR AUTO SALES OF QUEENS LLC
d/b/a STAR SUBARU,

Case No.: 1:19-cv-06791 (MKB) (ST)

Plaintiff,

-against-

HANIE ISKANDER, a/k/a "John Alexander"
AND NAGWA YOUSEIF a/k/a "Nagwa F Youseif,

**AFFIDAVIT OF SERVICE**

Defendants.
-----------------------------------------------------------------x

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NASSAU          )

**SOPHIA FREIMAN**, being duly sworn, deposes and says:

1. I am not a party to the action, am over eighteen years of age and reside in Nassau County, New York.

2. On November 8, 2021, deponent mailed the within **(i) ORDER DATED NOVEMBER 6, 2021 and (ii) TAX AUTHORIZATION FORM REFERENCED IN ORDER DATED NOVEMBER 6, 2021,** via First Class Mail to the following addresses:

   Hanie Iskander a/k/a John Alexander
   8259 Enclave Way, Unit 103
   Sarasota, Florida 34243

   Nagwa F. Youseif
   8259 Enclave Way, Unit 103
   Sarasota, Florida 34243

by depositing true copies thereof in separate post-paid wrappers and in an official deposit under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: Lake Success, New York
       November 8, 2021

_____
**SOPHIA FREIMAN**

Sworn to before me this
8th day of November, 2021

_____
NOTARY PUBLIC

PARBATIE SINGH
Notary Public, State of New York
No. 01SI6062253
Qualified in Queens County
Commission Expires August 6, 2024