ORIGINAL



Civil Case No.: 19-CV6791 (RPK) (ST)

STEVEN L. TISCIONE, United States Magistrate Judge:

**On September 8th You** ORDERED

The Internal Revenue Service is hereby o produce to counsel for the Plaintiff tax returns for the years 2010 up through and including 2016 for John Alexander a/k/a Hanie Iskander

Now Jamie Satr Auto Lawyer has obtained a motion to sign another form which he had back on April 2021 With NV Production tax ID.

The new request is not required as the accountant used to file taxes for me as personal business with wife as dependent Nagwa never been a part of the business or worked there at all. It was under tax ID not SSN

Again I did not do any business with Star Auto neither received and money from! I were a vendor to Motor sport which was presented by Doug Filardo Star employee sales general manager.

I do not mind sign the form but will not produce the right information!

Thank you
John Alexander
/s/ John Alexander
11/12.2021