UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
STAR AUTO SALES OF QUEENS LLC
d/b/a STAR SUBARU,	Case No.: 1:19-cv-06791 (RPK) (ST)

       Plaintiff,

  -against-

HANIE ISKANDER, a/k/a "John Alexander"	**NOTICE OF MOTION TO**
AND NAGWA YOUSEIF a/k/a "Nagwa F Youseif",	**AMEND COMPLAINT**

       Defendants.
-------------------------------------------------------------------x

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law in Support of Plaintiff's motion to file an Amended Complaint and the Declaration of Jamie S. Felsen, Esq., dated April 13, 2022, counsel for Plaintiff will move this Court, on a date and time to be set by the Court, before the Honorable Rachel P. Kovner, United States District Judge, at the United States Courthouse, Eastern District of New York, 225 Cadman Plaza, Brooklyn, New York 11201, for an Order granting leave to file an Amended Complaint, pursuant to Rules 15(a)(2) and 20 of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 6.1(b) of the U.S. District Court for the Eastern District of New York, any opposing affidavits and memoranda of law shall be served within 14 days of service of these moving papers.

Dated: Lake Success, New York
      April 13, 2022

                                          **MILMAN LABUDA LAW GROUP PLLC**

                                          By: ____/s/_____
                                          Jamie S. Felsen, Esq.
                                          3000 Marcus Avenue, Suite 3W8
                                          Lake Success, NY 11042-1073

(516) 328-8899 (office)
(516) 328-0082 (facsimile)
jamie@mllaborlaw.com

*Attorneys for Plaintiff*