UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
STAR AUTO SALES OF QUEENS LLC
d/b/a STAR SUBARU,

          Case No.: 1:19-cv-06791 (RPK) (ST)

**Plaintiff,**

-against-

HANIE ISKANDER, a/k/a "John Alexander"
AND NAGWA YOUSEIF a/k/a "Nagwa F Youseif,

          **AFFIDAVIT OF SERVICE**

**Defendants.**
-------------------------------------------------------------------x

STATE OF NEW YORK  )
                                 ) ss.:
COUNTY OF NASSAU  )

**SOPHIA FREIMAN**, being duly sworn, deposes and says:

1. I am not a party to the action, am over eighteen years of age and reside in Nassau County, New York.

2. On April 19, 2022, deponent mailed the within **AMENDED COMPLAINT DATED APRIL 19, 2022,** via First Class Mail to the following addresses:

    Hanie Iskander a/k/a John Alexander
    8259 Enclave Way, Apt #103
    Sarasota, Florida 34243

    Nagwa F. Youseif
    8259 Enclave Way, Apt #103
    Sarasota, Florida 34243

by depositing true copies thereof in separate post-paid wrappers and in an official deposit under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: Lake Success, New York
        April 19, 2022

                                                                  **SOPHIA FREIMAN**

Sworn to before me this
19th day of April, 2022

_____
NOTARY PUBLIC

PARBATIE SINGH
Notary Public, State of New York
No. 01SI6062253
Qualified in Queens County
Commission Expires August 6, 2025