**FILED
in the Clerk's Office
U.S. District Court, EDNY
Nov 28, 2022, 1:07 PM
Brooklyn
Pro Se Office via Box.com**

Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom N504
Brooklyn, New York 11201
Re: Star Auto Sales of Queens LLC v. Hanie Iskander, et al. Case No.: 1:19-cv-06791-RPK-ST

Dear Judge Tiscione:

Hope You having a Wonderful time with the holidays.

On November 9th two persons cam to my home door knocking and ringing the bill in a very disturbing manner which I did not answer when I found out they are PI work for Jamie S. Felsen representing Star Subaru (R&R INVESTIGATION.LLC Luis Reyes). They shouted in the Neighborhood "John..open the door we need to make you a deal regarding your criminal case in New York". This was really ugly and stupid to say! Then I told them I will call the police so they ran away. On the 14th they came back again doing the same thing in a disturbing way ringing and knocking, left a message on my phone saying open the door your partner is jail and we will send NYPD to get you. Again very ignorant to say so in loud voice which also a lies. I have to call the police who escorted them out of the community.

On the 19th I received an email from Jamie S. Felsen Star Subaru stating that he will arrange a deposition for myself and Nagwa.
Also send me a copy of subpoena for people I do not know now who works temp as models or writers for projects who have no direct realtion with 2010 business. So going in circle again!

I like to express my respect to the court and yourself as I have answered all questions in a previous 8hours deposition and few court room session, I have hired a lawyer who present a dismissal letter to the court based on: I have no relation directly with Star Subaru neither I have done business with the company. I only designed work for MotorSport presented by Doug FIlardo. Any conflict between Star Subaru and his employee is their own matter, I was not or never been involved in this conflict.

You Honor please review my dismissal request as I do not have the time or energy to continue with Mr Jamie twisted argument.

Nagwa Yousief never worked in the office or have any relation to any business of new vision whatsoever. She can not answer any question to be useful to the case.

The RIS sent a letter to answer Jamie' request that record is not available as he filed the wrong form. He needs to search for the correct form.


Respectfully submitted,
John Alexander