1:19-cv-06791 (RPK) (ST)

FILED
CLERK
Box.com
7/19/2023

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

## Status report answer!

Dear Magistrate Judge Tiscione:

I have addressed the court several time regarding this claim which really annoying to the court and myself.

I have submitted my answers to all questions regarding this complaint. I have last sent the document need it to mail the IRS to send the Star lawyer a tax record. I have not received any response from IRS but the one sent back last year that they do not keep record more than 3years back.  Mr. Jamie is continue to play his game with his false clam and bogus attempt while his Plaintiff Star Auto Sales and Doug Filardo planned the whole scam together as it shows in this case! I have nothing to offer neither Nagwa who never been in the office neither willing to be deposed because she have no answers or knowledge of New Vision business as well there are no document shows she was involve in any business! Mr Jamie continue to confuse things and create more bogus claims. There are no other people as he mentioned to be deposed as previous employee has nothing to do with his case! Those were just Models represented the company for short time 10 years ago as advertising. They are not even around now!!! I assume that Mr Jamie trying to consume more time to generate business for his office! That is all!!!
I wish I have the money to sue the plaintiff for false claim and defaming!

Respectfully
John Alexander
July 19th 2023