# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | October 19, 2023 |
| TIME: | 12:00 P.M. |
| DOCKET NUMBER(S): | CV-19-6791 (RPK) |
| NAME OF CASE(S): | Star Auto Sales of Queens LLC v. Iskander et al. |
| FOR PLAINTIFF(S): | Felsen |
| FOR DEFENDANT(S): | Alexander |
| NEXT CONFERENCE(S): | Telephone Conference - December 19, 2023 at 10:30 a.m. |
| FTR/COURT REPORTER: | AT&T (12:07 - 12:23) |

**RULINGS FROM** Telephone Conference:

Plaintiff has been unsuccessful in obtaining tax records from the IRS despite the signed authorization from Mr. Alexander, but it is unclear why the returns could not be provided. In order to avoid the problem of the IRS not being willing to provide information to anyone other than the taxpayer, Plaintiff's counsel will coordinate with Mr. Alexander to call the IRS together and attempt to find out if the tax records still exist and, if so, what additional information the IRS needs to produce the records. To the extent that Plaintiff still intends to depose non-party witnesses, they shall do so over the next 60 days so that the final depositions of the Defendants can be done as soon as the parties receive the records from the IRS or confirmation that they no longer exist. The Court will hold a further telephone conference on December 19, 2023 at 10:30 a.m. The parties shall connect to the conference through dial-in number 888-557-8511 with access code 3152145. Counsel for Plaintiff shall immediately forward a copy of this scheduling order to the Defendants, who are proceeding pro se.