UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

STAR AUTO SALES OF QUEENS LLC
d/b/a STAR SUBARU,　　　　　　　　　　　　　　Case No.: 1:19-cv-06791 (MKB) (ST)

　　　　　　　　　　Plaintiff,

　　　　-against-

HANIE ISKANDER, a/k/a "John Alexander"　　　**AFFIDAVIT OF SERVICE**
AND NAGWA YOUSEIF a/k/a "Nagwa F Youseif,

　　　　　　　　　　Defendants.
-------------------------------------------------------------------x

STATE OF NEW YORK　　)
　　　　　　　　　　　　　) ss.:
COUNTY OF NASSAU　　　)

　　**SOPHIA FREIMAN**, being duly sworn, deposes and says:

　　I am not a party to the action, am over eighteen years of age and reside in Nassau County, New York.

　　On December 18, 2023, deponent mailed the within **ORDER** via 1ST class mail to the following:

　　　　　　　Hanie Iskander
　　　　　　　a/k/a John Alexander
　　　　　　　Nagwa Youseif
　　　　　　　8259 Enclave Way, Unit 103
　　　　　　　Sarasota, FL 34243

by depositing true copies thereof in post-paid wrappers and in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: Lake Success, New York
　　　　December 18, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　SOPHIA FREIMAN

Sworn to before me this
18th day of December 2023

_____
NOTARY PUBLIC

JAMIE FELSEN
Notary Public, State of New York
No. 02FE6154383
Qualified in Nassau County
Commission Expires October 23, 2010
12/15/26

U.S. District Court

Eastern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 12/18/2023 at 09:32:30 AM EST and filed on 12/18/2023
**Case Name:**      Star Auto Sales of Queens LLC v. Iskander et al
**Case Number:**    1:19-cv-06791-RPK-ST
**Filer:**
**Document Number:**

**Docket Text:**
**The telephone conference scheduled for December 19th will instead be held at 10:30 a.m. on January 18, 2024. The parties shall connect to the conference through dial-in number 888-557-8511 with access code 3152145.**

**THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court, is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.**

**Plaintiff's counsel is directed to immediately forward a copy of this Order to the Defendant at his last known address. So Ordered by Magistrate Judge Steven Tiscione on 12/18/2023. (LV) Modified on 12/18/2023 (LV).**

**1:19-cv-06791-RPK-ST Notice has been electronically mailed to:**

Joseph M. Labuda     joe@mllaborlaw.com, info@mllaborlaw.com

Jamie Scott Felsen     jamiefelsen@mmmlaborlaw.com

Jeremy Michael Koufakis     jeremy@mllaborlaw.com, jkoufakis@recap.email

**1:19-cv-06791-RPK-ST Notice will not be electronically mailed to:**

Hanie Iskander
a/k/a John Alexander
8259 Enclave Way, Unit 103
Sarasota, FL 34243

Nagwa Youseif
8259 Enclave Way, Unit 103
Sarasota, FL 34243