**FILED**
**CLERK**
<u>Box.com</u>
12/15/2023
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom N504
Brooklyn, New York 11201
Re: Star Auto Sales of Queens LLC v. Hanie Iskander,
Case No.: 1:19-cv-06791-RPK-ST

Dear Judge Tiscione:

This is a notice to the court as I will not be available on the 19th for a conference call, I have a work conference meeting I can not skip.

Therefore Mr. Jamie has schedule three times a call with the IRS: first date he never show up, second date was a voice mail, third date on the 25th of November he never show up as well. I would like to ask the court to dismiss the case of that false claim. We had enough of aggression and hassle and time waisted.


Respectfully submitted,
John Alexander

12/14/2023