**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | January 18, 2024 |
| TIME: | 10:30 A.M. |
| DOCKET NUMBER(S): | CV-19-6791 (RPK) |
| NAME OF CASE(S): | Star Auto Sales of Queens LLC v. Iskander et al. |
| FOR PLAINTIFF(S): | Felsen |
| FOR DEFENDANT(S): | Alexander, pro se |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | AT&T (10:36 - 10:40) |

RULINGS FROM Telephone Conference:

Parties report that they are still awaiting a response from the IRS following the re-issued subpoena. As soon as the records are received from the IRS, Plaintiff will depose the Defendants. All other discovery has been completed. Parties shall file a status letter by February 19, 2024.