# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

Author: Jamie S. Felsen, Esq - Member
Direct E-Mail Address: jamie@mllaborlaw.com
Direct Dial: (516) 303-1391

June 5, 2024

**VIA ECF**

Magistrate Judge Steven L. Tiscione
United States District Court  Eastern District of New York
225 Cadman Plaza East, Courtroom N504
Brooklyn, New York 11201

      Re:    **Star Auto Sales of Queens LLC v. Hanie Iskander.** *et al.*
             **Case No.: 1:19-cv-06791-RPK-ST**

Dear Magistrate Judge Tiscione:

      This firm represents Plaintiff Star Auto Sales of Queens LLC d/b/a Star Subaru ("Plaintiff") in the above-referenced action.

      Plaintiff submits this letter in accordance with the Court's May 6, 2024 Order directing Plaintiff to provide a status report.  We are still awaiting a response by the IRS to the subpoena that we served on it.

                                  Respectfully submitted,

                                  /s/ Jamie S. Felsen

cc:    Hanie Iskander a/k/a John Alexander (via email: jalexander@myhst.com and john@nvadvertising.net)