# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

Author: Jamie S. Felsen, Esq - Member
Direct E-Mail Address: jamie@mllaborlaw.com
Direct Dial: (516) 303-1391

August 1, 2024

**VIA ECF**
Magistrate Judge Steven L. Tiscione
United States District Court Eastern District of New York
225 Cadman Plaza East, Courtroom N504
Brooklyn, New York 11201

      **Re:   Star Auto Sales of Queens LLC v. Hanie Iskander.** *et al.*
           **Case No.: 1:19-cv-06791-RPK-ST**

Dear Magistrate Judge Tiscione:

    This firm represents Plaintiff Star Auto Sales of Queens LLC d/b/a Star Subaru ("Plaintiff") in the above-referenced action.

    Plaintiff submits this letter in accordance with the Court's July 11, 2024 Order directing Plaintiff to provide a status report.

    With regard to the subpoena served on Chase Bank for its deposition regarding authentication of documents produced by it in response to a prior subpoena, Chase's counsel informed us today that she is working with Chase to schedule a call to discuss the subpoena and she anticipates being able to schedule the virtual deposition for the last two weeks of August and will confirm specific dates after she speaks with Chase.

    We are still awaiting a response by the IRS to the subpoena that we served on it.

                                 Respectfully submitted,

                                   /s/ Jamie S. Felsen

cc:   Hanie Iskander a/k/a John Alexander (via email: jalexander@myhst.com and john@nvadvertising.net)