**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
**STAR AUTO SALES OF QUEENS LLC**
**d/b/a STAR SUBARU,**                                    Case No.: 1:19-cv-06791 (MKB) (ST)

                            **Plaintiff,**

      -against-

**HANIE ISKANDER, a/k/a "John Alexander"**         **DECLARATION OF SERVICE**
**AND NAGWA YOUSEIF a/k/a "Nagwa F Youseif,**

                         **Defendants.**
------------------------------------------------------------------x

      Jamie S. Felsen, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

      On November 14, 2024, I emailed a copy of the Court's November 14, 2024 Order to defendants at jalexander@myhst.com.

Dated: Lake Success, New York
       November 14, 2024

                                                                    /s/ Jamie S. Felsen