# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

Author: Jamie S. Felsen, Esq - Member
Direct E-Mail Address: jamie@mllaborlaw.com
Direct Dial: (516) 303-1391

November 18, 2024

**VIA ECF**
Magistrate Judge Steven L. Tiscione
United States District Court Eastern District of New York
225 Cadman Plaza East, Courtroom N504
Brooklyn, New York 11201

      Re:    **Star Auto Sales of Queens LLC v. Hanie Iskander.** *et al.*
             **Case No.: 1:19-cv-06791-RPK-ST**

Dear Magistrate Judge Tiscione:

      This firm represents Plaintiff Star Auto Sales of Queens LLC d/b/a Star Subaru ("Plaintiff") in the above-referenced action.

      Plaintiff submits this letter requesting an Order directing the Internal Revenue Service ("IRS") to comply with a subpoena that was served on it on November 16, 2023. **(A copy of the subpoena is annexed hereto as Exhibit "A")**. As I informed the Court on May 2, 2024, the IRS informed me that it was processing the subpoena. However, to date, the IRS has not responded to the subpoena.

      On November 14, 2024, I left messages for Karla Martinez and a Ms. Cook at the IRS, with whom I had prior communications, informing them that I have still not received a response to the subpoena and that I need to receive a call back and/or a response immediately to avoid the necessity of a motion to compel. To date, I have not received a return call or responsive documents.

                                                             Respectfully submitted,

                                                            /s/ Jamie S. Felsen

  cc:     IRS – Karla Martinez (via fax – 855-205-9332)
            Defendants (via email: jalexander@myhst.com)