UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STAR AUTO SALES OF QUEENS LLC,

                        Plaintiff,

                                                                       **ORDER**
       -against-                                                      CV-19-6791 (RPK)

HANIE ISKANDER, et al.,

                        Defendants.
-----------------------------------------------------------------X

**TISCIONE, Magistrate Judge:**

      Counsel for Plaintiff served a subpoena on the Internal Revenue Service ("IRS") on November 16, 2023.   As of November 8, 2024, Plaintiff's latest status report revealed that the IRS has yet to respond to the subpoena.   Plaintiff has now filed a motion to compel the IRS to comply with the subpoena.

      Accordingly, the motion will be discussed during the telephone conference already scheduled for December 5, 2024 at 11:00 a.m. for which Plaintiff's counsel, the pro se Defendants, and a representative of the IRS must participate.   All parties must connect to the conference through dial-in number 571-353-2301 with ID# 179933855.

      THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court, is strictly prohibited by Local Civil Rule 1.8.   Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

      Counsel for Plaintiff is directed to immediately forward a copy of this Order via first class U.S. mail return receipt delivery and file proof of delivery with the Court.

      **SO ORDERED.**

**Dated: November 13, 2024**
      **Central Islip, New York**

                                                                    s/
                                              **STEVEN L. TISCIONE**
                                              **UNITED STATES MAGISTRATE JUDGE**