US DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

STAR Auto Sales of Queens, LLC          EDNY Case No.: 1:19-cv-06791-RPK-ST

                      Plaintiff,

      -against-                                                **DECLARATION**

Hanie Iskander et al.,

                      Defendant.
-----------------------------------------------------------------------x

**STATE OF NEW YORK**   )
                              )ss:
**COUNTY OF NASSAU**   )

      PARBATIE SINGH, being duly sworn, deposes and says:

      I am not a party to the action, am over eighteen years of age and reside at, Queens Village, New York.

      On November 18, 2024, deponent mailed the within: **November 18, 2024 Order to the IRS by First Class Mail Delivery and Fax (855) 205-9332**

      Karla Martinez
      Internal Revenue Service
      Stop 93A
      PO Box 621506
      Atlanta, GA 30362

      I affirm this 18th day of November 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that, to the best of my recollection, the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                                                  _____
                                                                     PARBATIE SINGH

**Jamie Felsen**

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **Sent:** | Monday, November 18, 2024 1:00 PM |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 1:19-cv-06791-RPK-ST Star Auto Sales of Queens LLC v. Iskander et al Order on Motion to Compel |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

# U.S. District Court

# Eastern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 11/18/2024 at 12:59 PM EST and filed on 11/18/2024
**Case Name:**     Star Auto Sales of Queens LLC v. Iskander et al
**Case Number:**   1:19-cv-06791-RPK-ST
**Filer:**
**Document Number:** No document attached

**Docket Text:**
ORDER deferring ruling on [116] Motion to Compel.

Counsel for Plaintiff served a subpoena on the Internal Revenue Service ("IRS") on November 16, 2023. As of November 8, 2024, Plaintiff's latest status report revealed that the IRS has yet to respond to the subpoena. Plaintiff has now filed a motion to compel the IRS to comply with the subpoena.

Accordingly, the motion will be discussed during the telephone conference already scheduled for December 5, 2024 at 11:00 a.m. for which Plaintiff's counsel, the pro se Defendants, and a representative of the IRS must participate. All parties must connect to the conference through dial-in number 571-353-2301 with ID# 179933855.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court, is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

**Counsel for Plaintiff is directed to immediately forward a copy of this Order via first class U.S. mail return receipt delivery and file proof of delivery with the Court.
So Ordered by Magistrate Judge Steven Tiscione on 11/18/2024. (LV)**

**1:19-cv-06791-RPK-ST Notice has been electronically mailed to:**

Joseph M. Labuda    joe@mllaborlaw.com, hdevito@mllaborlaw.com, info@mllaborlaw.com, kharper@mllaborlaw.com

Jamie Scott Felsen    jamiefelsen@mmmlaborlaw.com

Jeremy Michael Koufakis    jeremy@mllaborlaw.com, jkoufakis@recap.email

**1:19-cv-06791-RPK-ST Notice will not be electronically mailed to:**

Hanie Iskander
a/k/a John Alexander
8259 Enclave Way, Unit 103
Sarasota, FL 34243

Nagwa Youseif
8259 Enclave Way, Unit 103
Sarasota, FL 34243