UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
STAR AUTO SALES OF QUEENS LLC
d/b/a STAR SUBARU,                                    Case No.: 1:19-cv-06791 (RPK)(ST)

                Plaintiff,          **NOTICE OF APPEARANCE**

- against -

HANIE ISKANDER a/k/a "John Alexander"
AND NAGWA YOUSEIF a/k/a "Nagwa F Youseif",

                Defendants.
-------------------------------------------------------------------X

PLEASE TAKE NOTICE that Kyle F. Monaghan, Esq. hereby appears as counsel for Plaintiff, Star Auto Sales of Queens LLC d/b/a Star Subaru. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Lake Success, New York
       December 4, 2024

**MILMAN LABUDA LAW GROUP PLLC**

*/s Kyle F. Monaghan, Esq.*
Kyle F. Monaghan, Esq
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
kyle@mllaborlaw.com

*Attorneys for Plaintiff Star Auto Sales of Queens LLC d/b/a Star Subaru*