**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | December 5, 2024 |
| TIME: | 11:00 A.M. |
| DOCKET NUMBER(S): | CV-19-6791 (RPK) |
| NAME OF CASE(S): | Star Auto Sales of Queens LLC v. Iskander et al. |
| FOR PLAINTIFF(S): | Monaghan |
| FOR DEFENDANT(S): | Alexander, Pro Se |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | Cisco (11:00 - 11:05) |
| RULINGS FROM Motion Hearing: | |

Despite Court Order, a representative from the Internal Revenue Service failed to appear for today's conference.

Plaintiff's MOTION to Compel compliance with subpoena [116] is granted. The Internal Revenue Service is Ordered to comply with the subpoena dated November 16, 2023 no later than January 5, 2025. Failure to comply with the subpoena and this Order may result in sanctions.

Counsel for Plaintiff shall electronically file a status report by January 10, 2025.