US DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
STAR Auto Sales of Queens, LLC         EDNY Case No.: 1:19-cv-06791-RPK-ST

                       **Plaintiff,**

          -against-                                                                         **DECLARATION**

Hanie Iskander et al.,

                       **Defendant.**
------------------------------------------------------------------x

**STATE OF NEW YORK**   )
                              )ss:
**COUNTY OF NASSAU**   )

      PARBATIE SINGH, being duly sworn, deposes and says:

      I am not a party to the action, am over eighteen years of age and reside at, Queens Village, New York.

      On December 6, 2024, deponent mailed the within: **Subpoena and Court Order to the IRS by First Class Mail Delivery and Fax (855) 205-9332**

      Karla Martinez
      Internal Revenue Service
      Stop 93A
      PO Box 621506
      Atlanta, GA 30362

      I affirm this 6th day of December 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that, to the best of my recollection, the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                                                            _____
                                                                             PARBATIE SINGH