Case 1:19-cv-06791-RPK-ST   Document 122   Filed 12/19/24   Page 1 of 4 PageID #: 538

CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 19 2024 ★
BROOKLYN OFFICE

NEW YORK NY 100
21 NOV 2024 PM 13 L

quadrient
CORRECTION
IMI
$001.00
07/08/2024  ZIP 11201
043M32206494
US POSTAGE

USMS

Hanie Iskander
a/k/a John Alexander
8259 Enclave Way, Unit 103
Sarasota

NIXIE    33913   12/02/2024

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
ATTEMPTED NOT KNOWN
SORT IN MANUAL ONLY NO AUTOMATION
BC: 56998999955

**Orders on Motions**

1:19-cv-06791-RPK-ST Star Auto Sales of Queens LLC v. Iskander et al

ACO

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 19 2024 ★

BROOKLYN OFFICE

## U.S. District Court

### Eastern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 11/18/2024 at 12:59 PM EST and filed on 11/18/2024
**Case Name:**     Star Auto Sales of Queens LLC v. Iskander et al
**Case Number:**   1:19-cv-06791-RPK-ST
**Filer:**
**Document Number:** No document attached

**Docket Text:**
ORDER deferring ruling on [116] Motion to Compel.

Counsel for Plaintiff served a subpoena on the Internal Revenue Service ("IRS") on November 16, 2023. As of November 8, 2024, Plaintiff's latest status report revealed that the IRS has yet to respond to the subpoena. Plaintiff has now filed a motion to compel the IRS to comply with the subpoena.

Accordingly, the motion will be discussed during the telephone conference already scheduled for December 5, 2024 at 11:00 a.m. for which Plaintiff's counsel, the pro se Defendants, and a representative of the IRS must participate. All parties must connect to the conference through dial-in number 571-353-2301 with ID# 179933855.

**THE PARTIES ARE REMINDED** that audio or video recording of proceedings by any party other than the Court, is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

Counsel for Plaintiff is directed to immediately forward a copy of this Order via first class U.S. mail return receipt delivery and file proof of delivery with the Court.

So Ordered by Magistrate Judge Steven Tiscione on 11/18/2024. (LV)


1:19-cv-06791-RPK-ST Notice has been electronically mailed to:

Joseph M. Labuda     joe@mllaborlaw.com, hdevito@mllaborlaw.com, info@mllaborlaw.com, kharper@mllaborlaw.com

Jamie Scott Felsen     jamiefelsen@mmmlaborlaw.com

Jeremy Michael Koufakis     jeremy@mllaborlaw.com, jkoufakis@recap.email

**1:19-cv-06791-RPK-ST Notice will not be electronically mailed to:**

Hanie Iskander
a/k/a John Alexander
8259 Enclave Way, Unit 103
Sarasota, FL 34243

Nagwa Youseif
8259 Enclave Way, Unit 103
Sarasota, FL 34243

Case 1:19-cv-06791-RPK-ST   Document 122   Filed 12/19/24   Page 3 of 4 PageID #: 540

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

STAR AUTO SALES OF QUEENS LLC,

                Plaintiff,

    -against-

HANIE ISKANDER, et al.,

                Defendants.
-------------------------------------------------------------------X

**ORDER**
CV-19-6791 (RPK)

**TISCIONE, Magistrate Judge:**

    Counsel for Plaintiff served a subpoena on the Internal Revenue Service ("IRS") on November 16, 2023. As of November 8, 2024, Plaintiff's latest status report revealed that the IRS has yet to respond to the subpoena. Plaintiff has now filed a motion to compel the IRS to comply with the subpoena.

    Accordingly, the motion will be discussed during the telephone conference already scheduled for December 5, 2024 at 11:00 a.m. for which Plaintiff's counsel, the pro se Defendants, and a representative of the IRS must participate. All parties must connect to the conference through dial-in number 571-353-2301 with ID# 179933855.

    THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court, is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

    Counsel for Plaintiff is directed to immediately forward a copy of this Order via first class U.S. mail return receipt delivery and file proof of delivery with the Court.

    **SO ORDERED.**

Dated: November 13, 2024
       Central Islip, New York

                                                         /s/
                                      **STEVEN L. TISCIONE**
                                      **UNITED STATES MAGISTRATE JUDGE**