

**U.S. Department of Justice**
**Tax Division**
*Civil Trial Section, Northern Region*

| | |
|---|---|
| Attorney: Ryan D. Galisewski<br>Tel: 202-305-3719 / Fax: 202-514-5238<br>Email: ryan.d.galisewski@usdoj.gov | *Please reply to*:  P.O. Box 55, Ben Franklin Station<br>Washington, D.C. 20044 |

DAH:DMK:RDGalisewski
DJ 5-52-20827
CMN 2025100257

<u>**Unopposed** Letter-Motion for Extension of Time</u>

February 11, 2025

*By Electronic Case Filing (ECF)*

Magistrate Judge Steven L. Tiscione
U.S. District Court, Eastern District of New York
225 Cadman Plaza East, Courtroom N504
Brooklyn, NY 11201

   Re: <u>*Star Auto Sales of Queens LLC v. Hanie Iskander et al.*,</u>
      <u>Case No. 1:19-cv-06791-RPK-ST</u>

Dear Magistrate Judge Tiscione:

  I represent non-party Internal Revenue Service ("IRS") in connection with a subpoena issued by plaintiff Star Auto Sales of Queens LLC in the above-referenced action. The Court has twice granted additional time, currently until February 14, for the IRS to comply with or seek relief from the Court's Order concerning the subpoena. (Text Order dated 1/24/2025; Text Order dated 12/31/2024.) The United States now requests another three weeks, until March 7, 2025, to comply with or seek relief from the subpoena. Plaintiff's counsel consents to this extension.

  On January 17, I provided certain information concerning the subpoena's topics to plaintiff's counsel Jamie Felsen. Later that week, following a review of forms signed by defendants authorizing the third-party release of their tax information to Mr. Felsen, an IRS employee sent additional, substantive tax-filing information to Mr. Felsen. Mr. Felsen has requested a business records declaration or other certification from IRS so that the tax-filing information may be used as evidence. We understand that the IRS is evaluating the available processes to certify the information it has provided.

  As previewed in the last request for an extension (Doc. 124), if plaintiff does not agree to relieve the IRS of the subpoena, the IRS expects that it will move for relief from the subpoena and the Court's order for the IRS to comply with the subpoena. *See* 26 U.S.C. § 6103; *Touhy v. Ragen*, 340 U.S. 462 (1951).

For these reasons, the Court should grant the requested three-week extension to Friday, March 7, 2025, for the IRS to comply with or seek relief from the subpoena and/or the Court's order.

          Respectfully submitted,

          DAVID A. HUBBERT
          Deputy Assistant Attorney General
          U.S. Department of Justice, Tax Division

          */s/ Ryan Galisewski*
          RYAN D. GALISEWSKI
          Trial Attorney

**Service List:**

To Plaintiff by CM/ECF

To Defendant John Alexander via email (prior to filing): jalexander@myhst.com

By U.S. Mail to both Defendants (prior to filing):

| | |
|---|---|
| Hanie Iskander<br>a/k/a John Alexander<br>8259 Enclave Way, Unit 103<br>Sarasota, FL 34243 | Nagwa Youseif<br>8259 Enclave Way, Unit 103<br>Sarasota, FL 34243 |