

**U.S. Department of Justice**
**Tax Division**
*Civil Trial Section, Northern Region*

Attorney: Ryan D. Galisewski
Tel: 202-305-3719 / Fax: 202-514-5238
Email: ryan.d.galisewski@usdoj.gov

*Please reply to*:   P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044

DAH:DMK:RDGalisewski
DJ 5-52-20827
CMN 2025100257

<u>**Unopposed**</u> **Letter-Motion for Extension of Time**

March 4, 2025

*By Electronic Case Filing (ECF)*

Magistrate Judge Steven L. Tiscione
U.S. District Court, Eastern District of New York
225 Cadman Plaza East, Courtroom N504
Brooklyn, NY 11201

      Re:   *Star Auto Sales of Queens LLC v. Hanie Iskander et al.*,
              Case No. 1:19-cv-06791-RPK-ST

Dear Magistrate Judge Tiscione:

    I represent non-party Internal Revenue Service ("IRS") in connection with a subpoena issued by plaintiff Star Auto Sales of Queens LLC in the above-referenced action. By prior Court orders, the IRS currently has until March 7 to comply with or seek relief from the Court's Order concerning the subpoena. (*See* Text Orders dated 2/12/2025, 1/24/2025, and 12/31/2024.) The United States now requests another three weeks, until March 28, 2025, to comply with or seek relief from the subpoena. Plaintiff's counsel consents to this extension.

    On January 17, 2025, I provided certain information concerning the subpoena's topics to plaintiff's counsel Jamie Felsen. Among other things, I informed Mr. Felsen that IRS had no original records to produce responsive to the subpoena, which had requested certain documentation that IRS had sent to defendant Hanie Alexander a/k/a John Alexander explaining why the IRS was not providing information in response to a request for tax returns. Since then, following further review of the forms signed by defendants authorizing the third-party release of their tax information to Mr. Felsen, an IRS employee sent additional, substantive tax-filing information to Mr. Felsen. On Mr. Felsen's request, the IRS is in the process of providing information in certified form that could be used as evidence. We are hopeful that such certified records will be provided within a couple of weeks.

    As previewed in a prior request for an extension (Doc. 124), if plaintiff does not agree to relieve the IRS of the subpoena, the IRS expects that it will move for relief from the subpoena and the Court's order for the IRS to comply with the subpoena. *See* 26 U.S.C. § 6103; *Touhy v. Ragen*, 340 U.S. 462 (1951).

For these reasons, the Court should grant the requested three-week extension to Friday, March 28, 2025, for the IRS to comply with or seek relief from the subpoena and/or the Court's order.

Respectfully submitted,

*/s/ Ryan Galisewski*
RYAN D. GALISEWSKI
Trial Attorneys

**Service List:**

To Plaintiff by CM/ECF

To Defendant John Alexander via email (prior to filing): jalexander@myhst.com

By U.S. Mail to both Defendants (on next business day or as soon thereafter as practicable):

| | |
|---|---|
| Hanie Iskander<br>a/k/a John Alexander<br>8259 Enclave Way, Unit 103<br>Sarasota, FL 34243 | Nagwa Youseif<br>8259 Enclave Way, Unit 103<br>Sarasota, FL 34243 |