# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

Author: Jamie S. Felsen, Esq - Partner
Direct E-Mail Address: jamie@mllaborlaw.com
Direct Dial: (516) 303-1391

April 4, 2025

**VIA ECF**

Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom N504
Brooklyn, New York 11201

      Re:    **Star Auto Sales of Queens LLC v. Hanie Iskander. *et al.***
              **Case No.: 1:19-cv-06791-RPK-ST**

Dear Magistrate Judge Tiscione:

      This firm represents Plaintiff Star Auto Sales of Queens LLC d/b/a Star Subaru ("Plaintiff") in the above-referenced action.

      This letter shall serve to confirm that the IRS has complied with the Court's December 5, 2024 Minute Order (ECF No. 120).

                                  Respectfully submitted,

                                  /s/ Jamie S. Felsen
                                  Jamie S. Felsen, Esq.

cc:    Hanie Iskander a/k/a John Alexander (via email: jalexander@myhst.com)
        IRS (via email: Ryan.D.Galisewski@usdoj.gov)