UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
STAR AUTO SALES OF QUEENS LLC d/b/a STAR SUBARU,

                                                                        Plaintiffs,                  Index No.: 19-CV-6791

        v.

                                                                                    DECLARATION OF SERVICE

HANIE ISKANDER a/k/a "JOHN ALEXANDER" AND
NAGWA YOURSEIF a/k/a "NAGWA F. YOUSEIF,

                                                       Defendants
-----------------------------------------------------------------x
STATE OF NEW YORK)
                    ) ss.:
COUNTY OF NASSAU )

**AMANDA GRASSI**, being duly sworn, deposes and says:

I am not a party to the action, I am over eighteen years of age and reside in Franklin Square, New York. On April 8, 2025, deponent mailed the within Court Order scheduling a court conference to:

*John Alexander*
*36535 Garden Wall Way*
*Zephyrhills, FL 33541*

By depositing a true copy thereof in post-paid wrapper, in an official depository under the care and custody of United States Postal Service First-Class Certified Mail, Return Receipt Requested within New York State.

I affirm this 8th day of April, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that, to the best of my recollection, the foregoing is true, and I understand that this document be filed in an action or proceeding in a court of law.

                                                                                   *Amanda Grassi*
                                                                                    **AMANDA GRASSI**

| | |
|---|---|
| From: | ecf_bounces@nyed.uscourts.gov |
| To: | nobody@nyed.uscourts.gov |
| Subject: | Activity in Case 1:19-cv-06791-RPK-ST Star Auto Sales of Queens LLC v. Iskander et al Scheduling Order |
| Date: | Monday, April 7, 2025 4:10:07 PM |

**Caution:** The sender's identity cannot be verified and might not be who they claim to be. Use care when replying, selecting links, or opening attachments.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 4/7/2025 at 4:09 PM EDT and filed on 4/7/2025
**Case Name:**      Star Auto Sales of Queens LLC v. Iskander et al
**Case Number:**    1:19-cv-06791-RPK-ST
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**SCHEDULING ORDER: A telephone conference will be held at 10:00 a.m. on April 23, 2025 before the undersigned. Counsel for Plaintiff and the Pro Se Defendants must participate and shall connect to the conference through dial-in number 571-353-2301 with ID# 179933855.**

**THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court, is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.**

**Counsel for Plaintiff is directed to immediately forward a copy of this Order to the Defendants via return receipt delivery and file proof of service with the Court.**

**So Ordered by Magistrate Judge Steven Tiscione on 4/7/2025. (LV)**

**1:19-cv-06791-RPK-ST Notice has been electronically mailed to:**

Joseph M. Labuda    joe@mllaborlaw.com, hdevito@mllaborlaw.com, info@mllaborlaw.com, kharper@mllaborlaw.com

Jamie Scott Felsen    jamiefelsen@mmmlaborlaw.com

Jeremy Michael Koufakis    jeremy@mllaborlaw.com, jkoufakis@recap.email

Kyle Francis Oakes Monaghan    kyle@mllaborlaw.com

Ryan D. Galisewski    ryan.d.galisewski@usdoj.gov, Northern.Taxcivil@USDOJ.gov

**1:19-cv-06791-RPK-ST Notice will not be electronically mailed to:**

Hanie Iskander
a/k/a John Alexander
8259 Enclave Way, Unit 103
Sarasota, FL 34243

Nagwa Youseif
8259 Enclave Way, Unit 103
Sarasota, FL 34243