**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | April 23, 2025 |
| TIME: | 10:00 A.M. |
| DOCKET NUMBER(S): | CV-19-6791 (RPK) |
| NAME OF CASE(S): | Star Auto Sales of Queens LLC v. Iskander et al |
| FOR PLAINTIFF(S): | Felsen |
| FOR DEFENDANT(S): | Alexander |
| NEXT CONFERENCE(S): | |
| FTR/COURT REPORTER: | Cisco (10:00 - 10:30) |

RULINGS FROM Telephone Conference:

Within seven days Defendants will provide Plaintiff with available dates for a deposition of Defendant Nagwa Youseif. The continued deposition of John Alexander is stayed at this time due to the pending criminal case against Mr. Alexander in New York State court involving the same conduct at issue in this matter. Parties will file a joint status report by May 30, 2025. Counsel for Plaintiff is directed to immediately forward a copy of this Order to the pro se defendant and file proof of service with the Court.