UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
STAR AUTO SALES OF QUEENS LLC
d/b/a STAR SUBARU,

        Case No.: 1:19-cv-06791 (MKB) (ST)

        Plaintiff,

        **DECLARATION OF SERVICE**

   -against-

HANIE ISKANDER, a/k/a "John Alexander"
AND NAGWA YOUSEIF a/k/a "Nagwa F Youseif",

        Defendants.
-------------------------------------------------------------------x

    Jamie S. Felsen, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

    1. I am admitted to practice before this Court and am a member of Milman Labuda Law Group PLLC, attorneys for the Plaintiff in this case.

    2. On April 23, 2025, I served the Court's April 23, 2025 Order on Defendants Hanie Iskander a/k/a John Alexander and Nagwa F. Youseif via email to jalexander@myhst.com.

I declare under penalty of perjury that the foregoing is true and correct. Executed April 23, 2025

                                                 /s/ Jamie S. Felsen