# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

Author: Jamie S. Felsen, Esq - Member
Direct E-Mail Address: jamie@mllaborlaw.com
Direct Dial: (516) 303-1391

May 30, 2025

**VIA ECF**
Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom N504
Brooklyn, New York 11201

Re:   **Star Auto Sales of Queens LLC v. Hanie Iskander.** *et al.*
      **Case No.: 1:19-cv-06791-RPK-ST**

Dear Magistrate Judge Tiscione:

This firm represents Plaintiff Star Auto Sales of Queens LLC d/b/a Star Subaru ("Plaintiff") in the above-referenced action. This letter shall serve as a status report in compliance with the Court's April 23, 2025 Order.

Despite my effort to schedule the deposition of Nagwa Youseif, it has not been conducted or scheduled. On May 1, 2025, I received an e-mail from John Alexander stating "The court has granted us the CITY BAR JUSTICE CENTER assistance and we are in the process to schedule a meeting by May 15th to discuss the case. Then I will inform the court with the text step through the Bar lawyer." On, May 14, 2025, I received an email from Mr. Alexander stating "we had a conversation today with the city bar association about a conflict in the lawyer schedule and our schedule, so we have to arrange for a meeting by the 30th or the first week, I will let you know once they arrange it." On May 30, 2025, I received an e-mail from Mr. Alexander stating "We still waiting on the schedule from the pro bono Lawyer by the association. Court was addressed as well."

Once Nagwa Youseif retains pro bono counsel, I will coordinate the scheduling of her deposition with counsel.

Lastly, my understanding is that the criminal proceeding against Mr. Alexander has terminated, so the stay on his deposition in this action should be lifted.

Respectfully submitted,

                                        /s/ Jamie S. Felsen

cc:     Hanie Iskander a/k/a John Alexander (via email: john@nvadvertising.net)