

**U.S. Department of Justice**
**Tax Division**
*Civil Trial Section, Northern Region*

| | |
|---|---|
| Attorney: Ryan D. Galisewski<br>Tel: 202-305-3719 / Fax: 202-514-5238<br>Email: ryan.d.galisewski@usdoj.gov | *Please reply to*:   P.O. Box 55, Ben Franklin Station<br>Washington, D.C. 20044 |

DMK:RDGalisewski
DJ 5-52-20827
CMN 2025100257

<u>**Unopposed**</u> **Letter-Motion to Dismiss**
**Non-Party Internal Revenue Service from Case Docket**

May 30, 2025

*By Electronic Case Filing (ECF)*

Magistrate Judge Steven L. Tiscione
U.S. District Court, Eastern District of New York
225 Cadman Plaza East, Courtroom N504
Brooklyn, NY 11201

   Re: *Star Auto Sales of Queens LLC v. Hanie Iskander et al.*,
      Case No. 1:19-cv-06791-RPK-ST

Dear Magistrate Judge Tiscione:

  The non-party Internal Revenue Service ("IRS") requests to be dismissed from the above-referenced case and/or removed from the docket. The plaintiff Star Auto Sales of Queens consents to this request.

  In connection with a subpoena issued by plaintiff and directed to the non-party IRS, and the Court's order to comply with the subpoena (ECF No. 120), the undersigned counsel filed a series of letters requesting extensions of time for the IRS to comply (ECF No. 123, 124, 125, 126). The IRS was identified on the docket as a "Movant" and the undersigned has been receiving ECF docket alerts. On April 4, 2025, the plaintiff filed a letter "to confirm that the IRS has complied with the Court's December 5, 2024 Minute Order (ECF No. 120)." *See* Letter at ECF No. 127. Therefore, any dispute over the subpoena has been mooted and the IRS no longer needs to be docketed in the case.

  Moreover, the undersigned counsel, who appeared and has been receiving docket alerts for this case, is going to be ceasing work at his current role at the Department of Justice starting June 12. Removing the IRS and counsel from the docket will obviate the need to withdraw or substitute counsel.

- 2 -

    For these reasons, the Court should dismiss the IRS from the case and/or remove it from the docket.

                              Respectfully submitted,

                              */s/ Ryan Galisewski*
                              RYAN D. GALISEWSKI
                              Trial Attorney
                              U.S. Department of Justice, Tax Division

**Service List:**

To Plaintiff by CM/ECF

By U.S. Mail to both Defendants (on same business day or as soon thereafter as practicable):

| | |
|---|---|
| Hanie Iskander | Nagwa Youseif |
| a/k/a John Alexander | 8259 Enclave Way, Unit 103 |
| 8259 Enclave Way, Unit 103 | Sarasota, FL 34243 |
| Sarasota, FL 34243 | |