UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
STAR AUTO SALES OF QUEENS LLC
d/b/a STAR SUBARU,   Case No.: 1:19-cv-06791 (MKB) (ST)

        Plaintiff,   **DECLARATION OF SERVICE**

  -against-

HANIE ISKANDER, a/k/a "John Alexander"
AND NAGWA YOUSEIF a/k/a "Nagwa F Youseif",

        Defendants.
-----------------------------------------------------------------x

    Parbatie Singh declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

    1.    I am an Administrative assistant with Milman Labuda Law Group PLLC, attorneys for the Plaintiff.

    2.    On June 11, 2025, I served the Court's June 11, 2025 Order on Defendants Hanie Iskander a/k/a John Alexander and Nagwa F. Youseif to 36535 Garden Wall Way, Zephyrhills, Forida 33541 via Certify Mail Return Receipt.

I declare under penalty of perjury that the foregoing is true and correct.

Executed June 11, 2025

                                                _____
                                                   Parbatie Singh

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 1:19-cv-06791-RPK-ST Star Auto Sales of Queens LLC v. Iskander et al Scheduling Order |
| **Date:** | Wednesday, June 11, 2025 2:58:11 PM |

**Caution:** The sender's identity cannot be verified and might not be who they claim to be. Use care when replying, selecting links, or opening attachments.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.**

**\*\*\*PACER Multifactor Authentication Coming Soon\*\*\* For information visit PACER website**

https://pacer.uscourts.gov/announcements/2025/05/02/multifactor-authentication-coming-soon

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

**Eastern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 6/11/2025 at 2:56 PM EDT and filed on 6/11/2025
**Case Name:**         Star Auto Sales of Queens LLC v. Iskander et al
**Case Number:**       1:19-cv-06791-RPK-ST
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**SCHEDULING ORDER: A telephone conference will be held at 11:00 a.m. on June 25, 2025 before the undersigned. Counsel for the Plaintiff and all Defendants, who are proceeding pro se, must participate. All parties shall connect to the conference through dial-in number 571-353-2301 with ID# 179933855. Plaintiff's counsel is directed to immediately forward a copy of this Order to the Defendants via return receipt delivery and file proof of service with the Court. So Ordered by Magistrate Judge Steven Tiscione on 6/11/2025. (LV)**

**1:19-cv-06791-RPK-ST Notice has been electronically mailed to:**

Joseph M. Labuda     joe@mllaborlaw.com, hdevito@mllaborlaw.com, info@mllaborlaw.com, kharper@mllaborlaw.com

Jamie Scott Felsen     jamiefelsen@mmmlaborlaw.com

Jeremy Michael Koufakis     jeremy@mllaborlaw.com, jkoufakis@recap.email

Kyle Francis Oakes Monaghan     kyle@mllaborlaw.com

**1:19-cv-06791-RPK-ST Notice will not be electronically mailed to:**

Hanie Iskander
a/k/a John Alexander
8259 Enclave Way, Unit 103
Sarasota, FL 34243

Nagwa Youseif
8259 Enclave Way, Unit 103
Sarasota, FL 34243