Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom N504
Brooklyn, New York 11201

Re:    Star Auto Sales of Queens LLC v. Hanie Iskander, et. al.
Case No.: 1:19-cv-06791-RPK-ST

Dear Magistrate Judge Tiscione:

I, Nagwa Youssef, am a pro se party in the above referenced matter. I hereby respectfully made an application for pro bono counsel, however I have been contacted once from the Bar Association To schedule a phone call with a lawyer and then it was postponed as the scheduled time did not work with him. We still expecting another call from the Bar Association but no one called back. We tried to call few times but there was no answer from any party or a way to leave a message. Me and John would like to ask the court to give more time to find a pro bono lawyer.

Respectfully submitted,
Nagwa Youssef
06/20/2025