*** Filed ***
08:49 AM, 21 Aug, 2025
U.S.D.C., Eastern District of New York

**Magistrate Judge Steven L. Tiscione**
**United States District Court**
**Eastern District of New York**
**225 Cadman Plaza East, Courtroom N504**
**Brooklyn, New York 11201**
**Re:** **Star Auto Sales of Queens LLC v. Hanie Iskander, et. al.**
**Case No.: 1:19-cv-06791-RPK-ST**

**Dear Magistrate Judge Tiscione:**

**We have tried several time to contact the bar association for the pro se party in the above referenced matter.**

**We respectfully made an application for pro bono counsel, however since the last time we spoke to an admin we never been contacted again from the Bar Association to schedule a phone call with a lawyer. We still expecting another call from the Bar Association but no one called back. We tried to call few times but there was no answer from any party or a way to leave a message. We would like to ask the court to give more time to find a pro bono lawyer.**

**As the call on the 25th I will not be available as I have a work engagement I could not postpone. I also been in very bad health conditions with a scheduled surgery October 2nd.  I like to reschedule by the end December an update call conference please.**

**Respectfully submitted,**
**John Alexander**
**08/19/2025**