**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | August 25, 2025 |
| TIME: | 10:00 A.M. |
| DOCKET NUMBER(S): | CV-19-6791 (RPK) |
| NAME OF CASE(S): | Star Auto Sales of Queens LLC v. Iskander et al. |
| FOR PLAINTIFF(S): | Felsen |
| FOR DEFENDANT(S): | Alexander, pro se |
| NEXT CONFERENCE(S): | Telephone Conference - October 6, 2025 at 10:00 a.m. |
| FTR/COURT REPORTER: | Cisco (10:00 - 10:15) |

RULINGS FROM Telephone Conference:

Defendants are in the process of trying to find an attorney so that the last few depositions can be completed and discovery concluded. The Court will hold a further telephone conference on October 6, 2025 at 10:00 a.m. Counsel for the Plaintiff and all Defendants, who are proceeding pro se, must participate. All parties shall connect to the conference through dial-in number 571-353-2301 with ID# 179933855. Plaintiff's counsel is directed to immediately forward a copy of this Order to the Defendants.