UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
CHAMBERS OF
**STEVEN L. TISCIONE**
MAGISTRATE JUDGE
BROOKLYN, NEW YORK 11201

OFFICIAL BUSINESS

225 C.P.E

NIXIE  339  4E 1    0209/09/25

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 11201                *2445-03923-30-41

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 17 2025 ★

BROOKLYN OFFICE

Nagwa Youseif
8259 Enclave Way
Unit 103
Sarasota, FL 34243

34243-637628

**Orders on Motions**

1:19-cv-06791-RPK-ST Star Auto Sales of Queens LLC v. Iskander et al

ACO

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 17 2025 ★

BROOKLYN OFFICE

# U.S. District Court

# Eastern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 8/29/2025 at 1:55 PM EDT and filed on 8/29/2025
**Case Name:** Star Auto Sales of Queens LLC v. Iskander et al
**Case Number:** 1:19-cv-06791-RPK-ST
**Filer:**
**Document Number:** 140

**Docket Text:**
**ORDER denying [131] Motion to Appoint Counsel**

**Defendant, Nagwa Youseif, is proceeding pro se in this case and has filed a letter motion [131] to Appoint Counsel. The motion is denied as incorrectly filed without prejudice to renew. Accordingly, Defendant Youseif is directed to complete the attached Application for the Court to Request Counsel and Request to Proceed *In Forma Pauperis* ("IFP"), along with any documentation Defendant feels would support the application, and file same with the Court by September 19, 2025.**

**Defendant Youseif is advised that the aforementioned application applies only to the individual filer and not multiple parties. Defendant Youseif is further advised that the Court may request any supporting information it feels may be necessary in order to issue a proper ruling on the motion.**

**So Ordered by Magistrate Judge Steven Tiscione on 8/29/2025. (LV)**


**1:19-cv-06791-RPK-ST Notice has been electronically mailed to:**

Joseph M. Labuda    joe@mllaborlaw.com, Bryan@mllaborlaw.com, hdevito@mllaborlaw.com, info@mllaborlaw.com, kharper@mllaborlaw.com

Jamie Scott Felsen    jamiefelsen@mmmlaborlaw.com

Jeremy Michael Koufakis    jeremy@mllaborlaw.com, jkoufakis@recap.email

Kyle Francis Oakes Monaghan    kyle@mllaborlaw.com

**1:19-cv-06791-RPK-ST Notice will not be electronically mailed to:**

Hanie Iskander
a/k/a John Alexander
8259 Enclave Way, Unit 103
Sarasota, FL 34243

Nagwa Youseif
8259 Enclave Way, Unit 103
Sarasota, FL 34243

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=8/29/2025] [FileNumber=20323810-0]
[6e99d52e4ada37ec65ded5af6b0b5af7b1b530aeee10d7fa4b65e51d00219952b0c6
0807912828cbb5a8660d78f8cbe2265ddd89d2857efff3bd55df4455e8bc]]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STAR AUTO SALES OF QUEENS LLC,

                Plaintiff,

                                                                    **ORDER**
       -against-                                                 CV-19-6791 (RPK)

HANIE ISKANDER, et al.,

                Defendants.
-----------------------------------------------------------------X

**TISCIONE, Magistrate Judge:**

    Defendant, Nagwa Youseif, is proceeding pro se in this case and has filed a letter motion [131] to Appoint Counsel. The motion is denied as incorrectly filed without prejudice to renew. Accordingly, Defendant Youseif is directed to complete the attached Application for the Court to Request Counsel and Request to Proceed *In Forma Pauperis* ("IFP"), along with any documentation Defendant feels would support the application, and file same with the Court by September 19, 2025.

    Defendant Youseif is advised that the aforementioned application applies only to the individual filer and not multiple parties. Defendant Youseif is further advised that the Court may request any supporting information it feels may be necessary in order to issue a proper ruling on the motion.

    **SO ORDERED.**

**Dated: August 29, 2025**
       **Central Islip, New York**

                                                       s/Steven Tiscione
                                                       **STEVEN TISCIONE**
                                                       **UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

                        Plaintiff,                **APPLICATION FOR THE COURT TO REQUEST COUNSEL**

    -against-

                                                                                                       _____CV_____ (   )

                      Defendant(s).
----------------------------------------------------------------X

1.    Name of applicant _____

2.    Explain why you feel you need a lawyer in this case. (Use additional paper if necessary.)

      _____

      _____

      _____

3.    Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary.)

      _____

      _____

      _____

4.    If you need a lawyer who speaks in a language other than English, state what language you speak:

      _____

5.    I understand that if a lawyer volunteers to represent me and my lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court. I understand that if the Court grants this application in a complaint against the Commissioner of Social Security, the pro bono attorney, if successful, has the statutory right to request that the Court award a fee of up to 25% of the accrued Social Security or Supplemental Security Income Benefits. See 42 U.S.C. § 406.

6.    I understand that if my answers on my Request to Proceed *In Forma Pauperis* are false, my case may be dismissed.

7.    **I declare under penalty of perjury that the forgoing is true and correct.**

Dated: _____              _____
                                                                                         *Signature*

*rev. 7/08*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

                                        Plaintiff,

    -against-

                                   Defendant(s).
-----------------------------------------------------------------X

**REQUEST TO PROCEED
*IN FORMA PAUPERIS*
IN SUPPORT OF THE
APPLICATION FOR THE COURT TO
REQUEST COUNSEL**

_____CV_____ (     )

I, _____ (print or type your name) am the plaintiff/defendant in the above-entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or give security therefor, and that I believe I am entitled to redress.

1.    If you are presently employed, give the name and address of your employer and state the amount of earnings per month.

      _____

      _____

2.    If you are not presently employed, state the date you were last employed and your earnings per month at that time. **You must answer this question even if you are incarcerated.**

      _____

      _____

3.    Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

      _____

    a) Are you receiving any public benefits?      ☐ No  ☐ Yes, $_____

    b) Do you receive any income from any other source?  ☐ No  ☐ Yes, $_____

*rev. 7/08*

4.  Do you have any money, including money in a checking or savings account? If so, how much?

    _____

5.  Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other valuable property? If the answer is yes, describe the property and state its approximate value.

    ☐ No  ☐ Yes, $_____

6.  Do you pay for rent or for a mortgage? If so, how much each month?

    ☐ No  ☐ Yes, $_____

7.  List the person(s) that you pay money to support and the amount you pay each month.

    _____

    _____

8.  State any special circumstances which the Court should consider.

    _____

    _____

    _____

I understand that the Court may dismiss this case if I give a false answer to any question in this declaration.

I understand that if the Court grants this application in a complaint against the Commissioner of Social Security, the pro bono attorney, if successful, has the statutory right to request that the Court award a fee of up to 25% of the accrued Social Security or Supplemental Security Income Benefits. See 42 U.S.C. § 406.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: _____        _____
                                                    *Signature*

rev. 7/08

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

                       Plaintiff,

   -against-

                       Defendant(s).

------------------------------------------------------------ X

**AFFIRMATION OF SERVICE**

_____CV_____ (      )

I,_____ (print or type your name), **declare under penalty of perjury** that I have served a copy of the attached Application for the Court to Request Counsel upon the defendant(s) or the attorney for defendant(s) _____

_____

whose address is: _____

by _____
(describe how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated: _____

_____
*Signature*

_____
Address

_____

_____
City, State & Zip Code

*rev. 7/08*