**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | October 6, 2025 |
| TIME: | 10:00 A.M. |
| DOCKET NUMBER(S): | CV-19-6791 (RPK) |
| NAME OF CASE(S): | Star Auto Sales of Queens LLC v. Iskander et al |
| FOR PLAINTIFF(S): | Felsen |
| FOR DEFENDANT(S): | Alexander |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | Cisco (10:00 - 10:13) |

RULINGS FROM Telephone Conference:

The MOTION to Appoint Counsel and, MOTION for Leave to Proceed in forma pauperis [141] is denied at this time, as Defendant has failed to complete the Request to Proceed In Forma Pauperis form.

If each Defendant seeks to make a motion for counsel, EACH DEFENDANT shall complete the required forms, providing detailed and accurate information with respect to income and expenses and refile a separate motion for EACH DEFENDANT no later than October 20, 2025. If the forms are incomplete, the motion will be denied.

The only remaining discovery is the depositions of Defendants Alexander and Youseif, which will be completed once they are able to secure counsel.