**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

STAR AUTO SALES OF QUEENS LLC,

                      Plaintiff,

   -against-                                    **ORDER**
                                                    CV-19-6791 (RPK)

HANIE ISKANDER, et al.,

                      Defendants.
------------------------------------------------------------------X

**TISCIONE, Magistrate Judge:**

      Defendant, Nagwa Youseif, is proceeding pro se in this case and has filed a letter motion [131] to Appoint Counsel.   The motion is denied as incorrectly filed without prejudice to renew.   Accordingly, Defendant Youseif is directed to complete the attached Application for the Court to Request Counsel and Request to Proceed *In Forma Pauperis* ("IFP"), along with any documentation Defendant feels would support the application, and file same with the Court by September 19, 2025.

      Defendant Youseif is advised that the aforementioned application applies only to the individual filer and not multiple parties.   Defendant Youseif is further advised that the Court may request any supporting information it feels may be necessary in order to issue a proper ruling on the motion.

      **SO ORDERED.**

**Dated: August 29, 2025**
       **Central Islip, New York**

                                                           s/Steven Tiscione
                                              **STEVEN TISCIONE**
                                              **UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

                        Plaintiff,           **APPLICATION FOR THE COURT TO REQUEST COUNSEL**

    -against-

                                                                         _____CV_____ ( )

                      Defendant(s).
-------------------------------------------------------------X

1. Name of applicant **Nagwa Youseif / AKA Nana Youssef**

2. Explain why you feel you need a lawyer in this case. (Use additional paper if necessary.)

   **I feel my name was invited in the case by mistake and I am not related to the case neither the business and there is no single document that tells that I am involve in the case therefore, I need a legal representation as I cannot afford one.**

3. Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary.)
   **we filed the previous application the court request a pro bono lawyer and we spoke to the clark of the court few times and we are still in the que awaiting for a lawyer to call us. last week we spoke to the clark and he said we have to wait.**

4. If you need a lawyer who speaks in a language other than English, state what language you speak:

   **Egyptian Arabic speaker**

5. I understand that if a lawyer volunteers to represent me and my lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court. I understand that if the Court grants this application in a complaint against the Commissioner of Social Security, the pro bono attorney, if successful, has the statutory right to request that the Court award a fee of up to 25% of the accrued Social Security or Supplemental Security Income Benefits. See 42 U.S.C. § 406.

6. I understand that if my answers on my Request to Proceed *In Forma Pauperis* are false, my case may be dismissed.

7. **I declare under penalty of perjury that the forgoing is true and correct.**

Dated: **10/11/2025**                                **Nagwa Youseif**
                                                            *Signature*

*rev. 7/08*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

                                  Plaintiff,

-against-

                              Defendant(s).
--------------------------------------------------------------X

**REQUEST TO PROCEED**
*IN FORMA PAUPERIS*
**IN SUPPORT OF THE**
**APPLICATION FOR THE COURT TO**
**REQUEST COUNSEL**

_____CV_____ (   )

I, **Nagwa Youseif**_____ (print or type your name) am the plaintiff/defendant in the above-entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed, give the name and address of your employer and state the amount of earnings per month.

   _____**N/A**_____

   _____

2. If you are not presently employed, state the date you were last employed and your earnings per month at that time. **You must answer this question even if you are incarcerated.**

   _____**last date employed 09/06/25**_____

   **average $450 a month (part time job )**

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   _____

   a) Are you receiving any public benefits?    ☑ No  ☐ Yes, $_____

   b) Do you receive any income from any other source?  ☑ No  ☐ Yes, $_____

*rev. 7/08*

4. Do you have any money, including money in a checking or savings account? If so, how much?

   *$441.84*

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other valuable property? If the answer is yes, describe the property and state its approximate value.

   ☐ No   ☑ Yes, $ *2500*   *automobile*

6. Do you pay for rent or for a mortgage? If so, how much each month?

   ☐ No   ☐ Yes, $ *N/A*

7. List the person(s) that you pay money to support and the amount you pay each month.

   *N/A*

8. State any special circumstances which the Court should consider.

   *I can not afford a lawyer and I need a counsel to speak on my behalf*

I understand that the Court may dismiss this case if I give a false answer to any question in this declaration.

I understand that if the Court grants this application in a complaint against the Commissioner of Social Security, the pro bono attorney, if successful, has the statutory right to request that the Court award a fee of up to 25% of the accrued Social Security or Supplemental Security Income Benefits. See 42 U.S.C. § 406.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: *10/11/2025*                    *Nagwa Youseif*
                                         *Signature*

rev. 7/08

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X

                             Plaintiff,

   -against-

                            Defendant(s).
---------------------------------------------------------- X

**AFFIRMATION OF SERVICE**

_____CV_____ (     )

I, _____**Nagwa Youseif**_____ (print or type your name), **declare under penalty of perjury** that I have served a copy of the attached Application for the Court to Request Counsel upon the defendant(s) or the attorney for defendant(s) _____

whose address is: **36535 Garden Wall Way, Zephyrhills , fl 33541**

by _____
(describe how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated: _____**0919/2025**_____

**Nagwa Youseif**_____
*Signature*

_____
Address

_____

_____
City, State & Zip Code

*rev. 7/08*