**Magistrate Judge Steven L. Tiscione**
**United States District Court**
**Eastern District of New York**
**225 Cadman Plaza East, Courtroom N504**
**Brooklyn, New York 11201**
**Re:     Star Auto Sales of Queens LLC v. Hanie Iskander, et. al.**
**Case No.: 1:19-cv-06791-RPK-ST**

**Dear Magistrate Judge Tiscione:**

**I, John Alexander a pro se party in the above referenced matter.**
**I hereby respectfully make an application for pro bono counsel pursuant to 28 U.S.C. § 1915(e) and in accordance with the Court's procedures which provide that in each civil action commenced in the Eastern District of New York, by or against a pro se party, the District Judge or Magistrate Judge (hereinafter "Judge") to whom the action is assigned may request pro bono counsel. <u>See Mallard v. United States District Court for the Southern District of Iowa</u>, 490 U.S. 296, 310 (1989).**

**A pro se litigant who is seeking pro bono counsel may submit an application to the Judge assigned to the action. The Court considers the following factors to decide whether or not to grant an application for pro bono counsel: (i) the nature and complexity of the action; (ii) the potential merit of the claims; (iii) the inability of the pro se party to retain counsel by other means; (iv) the degree to which the interests of justice will be served by seeking pro bono counsel for the litigant; and (v) any other factors deemed appropriate by the Judge. <u>See Ferrelli v. River Manor Health Care Center</u>, 323 F.3d 196, 204 (2d Cir. 2003); <u>Hodge v. Police Officers</u>, 802 F.2d 58, 61 (2d Cir. 1986).**

**So I need a form under my name to fill separtly with my name emailed to my address John@nvadvertising.net   or my mailing address:**

**36535 Garden Wall Way Zephyrhills FL 33541**

**Respectfully submitted,**
**John Alexander**

10/11/2025