**Magistrate Judge Steven L. Tiscione**
**United States District Court**
**Eastern District of New York**
**225 Cadman Plaza East, Courtroom N504**
**Brooklyn, New York 11201**
**Re:** **Star Auto Sales of Queens LLC v. Hanie Iskander, et. al.**
**Case No.: 1:19-cv-06791-RPK-ST**

**Dear Magistrate Judge Tiscione:**

**I have filled the forms as requested and Nagwa have done the same requested an Arabic speaking council. I am not sure how is it that we did not submitted the forms although we have done so, maybe there is a language barrier !  We have respect to the court and followed the direction was made last. Please give us a chance to correct any misunderstanding or conflict in language I have submitted a form on line as well for myself on line, please check it was submitted a week before the due date. I have attache a copy of my last request for me and Nagwa**


**Please advise what we should do next we really need assistance to dismiss this allegation.**

**Respectfully submitted,**
**John Alexander**
**10/28/2025**