*** Filed *** 09:45 AM, 29 Oct, 2025 U.S.D.C., Eastern District of New York

**Magistrate Judge Steven L. Tiscione**
**United States District Court**
**Eastern District of New York**
**225 Cadman Plaza East, Courtroom N504**
**Brooklyn, New York 11201**
**Re:     Star Auto Sales of Queens LLC v. Hanie Iskander, et. al.**
**Case No.: 1:19-cv-06791-RPK-ST**

**Dear Magistrate Judge Tiscione:**

**I have filled the forms as requested and Nagwa have done the same requested an Arabic speaking council. I am not sure how is it that we did not submitted the forms although we have done so, maybe there is a language barrier !  We have respect to the court and followed the direction was made last.**

**Please give us a chance to correct any misunderstanding or conflict in language I have submitted a form on line as well for myself, please check it was submitted a week before the due date. I have attache a copy of my last request for me and Nagwa**

**Please advise what we should do next we really need assistance to dismiss this allegation.  Council will help us to fill the forms right as we have little to know with the correct procedure.**

**Respectfully submitted,**
**John Alexander**
**10/28/2025**