**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

STAR AUTO SALES OF QUEENS LLC,

        Plaintiff,

   - against -

HANIE ISKANDER, et al.,

        Defendants.
----------------------------------------------------------X

**ORDER**
**CV-19-6791 (RPK)**

**TISCIONE, United States Magistrate Judge:**

    Defendant Nagwa Youseif has filed multiple motions [144][146] to proceed *In Forma Pauperis*. The applications are denied for the following reasons: **1)** The name of the case along with the docket number of case were not completed on the 1st page of the application and the Affidavit of Service; **2)** Question (3) of the application was not completed; and **3)** Affirmation of Service was incomplete. Accordingly, Defendant Youseif is directed to remedy the aforementioned deficiencies and refile the application by November 28, 2025.

    Furthermore, docket entry [142], dated 9/17/25 indicates that mailing sent to Defendant Youseif was returned as undeliverable to the address listed on the docket sheet. Defendant is directed to submit a notice of change of address to the Court so that the docket sheet may be updated.

    Counsel for Plaintiff is directed to immediately forward a copy of this Order to Defendants via return receipt mailing and file proof of service with the Court.

    **SO ORDERED.**

                                                                                            /s/
                                            **STEVEN L. TISCIONE**
                                            **UNITED STATES MAGISTRATE JUDGE**

**Dated:** Central Islip, New York
       November 12, 2025