**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

STAR AUTO SALES OF QUEENS LLC,

        Plaintiff,

  - against -

HANIE ISKANDER, et al.,

        Defendants.
-----------------------------------------------------------X

**ORDER**
**CV-19-6791 (RPK)**

**TISCIONE, United States Magistrate Judge:**

During the conference held on October 6, 2025 and by Order dated October 28, 2025, Defendant Iskander was advised that "EACH DEFENDANT shall complete the required forms, providing detailed and accurate information with respect to income and expenses and refile a separate motion for EACH DEFENDANT no later than October 20, 2025. If the forms are incomplete, the motion will be denied." Defendant Iskander's letter motion to appoint counsel [148] did not comply with this Court's Orders and did not include the completed required forms. Therefore, the application is denied. Defendant Iskander is granted one final opportunity to submit a complete and proper motion and shall do so by November 28, 2025.

Counsel for Plaintiff is directed to immediately forward a copy of this Order to Defendants via return receipt mailing and file proof of service with the Court.

    **SO ORDERED.**

                                                                                                       s/
                                                                           **STEVEN L. TISCIONE**
                                                                           **UNITED STATES MAGISTRATE JUDGE**

**Dated:** Central Islip, New York
        November 12, 2025