UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
STAR AUTO SALES OF QUEENS LLC
d/b/a STAR SUBARU,                                    Case No.: 1:19-cv-06791 (MKB) (ST)

                Plaintiff,

    -against-

HANIE ISKANDER, a/k/a "John Alexander"                DECLARATION OF SERVICE
AND NAGWA YOUSEIF a/k/a "Nagwa F Youseif",

                Defendants.
-------------------------------------------------------------------x

       SOPHIA FREIMAN declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

       On November 12, 2025, deponent mailed the within Court Orders (ECF Docket Entries 152 and 153) to the following, via certified US mail return receipt requested, to:

        Hanie Iskander a/k/a John Alexander
        Nagwa F. Youseif
        36535 Garden Wall Way
        Zephyrhills , FL 33541

I declare under penalty of perjury that the foregoing is true and correct.
Executed November 12, 2025

                                                                       SOPHIA FREIMAN

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

STAR AUTO SALES OF QUEENS LLC,

          Plaintiff,

    - against -

HANIE ISKANDER, et al.,

          Defendants.
-------------------------------------------------------------X

**ORDER**
CV-19-6791 (RPK)

**TISCIONE, United States Magistrate Judge:**

    Defendant Nagwa Youseif has filed multiple motions [144][146] to proceed *In Forma Pauperis*. The applications are denied for the following reasons: **1)** The name of the case along with the docket number of case were not completed on the 1st page of the application and the Affidavit of Service; **2)** Question (3) of the application was not completed; and **3)** Affirmation of Service was incomplete. Accordingly, Defendant Youseif is directed to remedy the aforementioned deficiencies and refile the application by November 28, 2025.

    Furthermore, docket entry [142], dated 9/17/25 indicates that mailing sent to Defendant Youseif was returned as undeliverable to the address listed on the docket sheet. Defendant is directed to submit a notice of change of address to the Court so that the docket sheet may be updated.

    Counsel for Plaintiff is directed to immediately forward a copy of this Order to Defendants via return receipt mailing and file proof of service with the Court.

    **SO ORDERED.**

                                                                      s/
                                                   **STEVEN L. TISCIONE**
                                                   **UNITED STATES MAGISTRATE JUDGE**

Dated: Central Islip, New York
       November 12, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

STAR AUTO SALES OF QUEENS LLC,

        Plaintiff,

    - against -

HANIE ISKANDER, et al.,

        Defendants.
-----------------------------------------------------------X

**ORDER**
CV-19-6791 (RPK)

**TISCIONE, United States Magistrate Judge:**

During the conference held on October 6, 2025 and by Order dated October 28, 2025, Defendant Iskander was advised that "EACH DEFENDANT shall complete the required forms, providing detailed and accurate information with respect to income and expenses and refile a separate motion for EACH DEFENDANT no later than October 20, 2025. If the forms are incomplete, the motion will be denied." Defendant Iskander's letter motion to appoint counsel [148] did not comply with this Court's Orders and did not include the completed required forms. Therefore, the application is denied. Defendant Iskander is granted one final opportunity to submit a complete and proper motion and shall do so by November 28, 2025.

Counsel for Plaintiff is directed to immediately forward a copy of this Order to Defendants via return receipt mailing and file proof of service with the Court.

    SO ORDERED.

                                                      s/
                                              STEVEN L. TISCIONE
                                              UNITED STATES MAGISTRATE JUDGE

Dated: Central Islip, New York
       November 12, 2025