Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom N504
Brooklyn, New York 11201
Re: Star Auto Sales of Queens LLC v. Hanie Iskander, et. al.
Case No.: 1:19-cv-06791-RPK-ST

Dear Magistrate Judge Tiscione:

I have filled the forms as requested and Nagwa have done the same requested an Arabic speaking council. Although we submitted a new form the system keep uploading the old vesion on the court listenr website!!!

We have not received any emails from the plaintiff for the last three month and we did receive the mail from the court to the address corrected on the 19th - 36535 Garden Wall Way Zephyrhills FL 33541

We only learn the up date on court listener page on the website.

We have submitted again the corrected version as the court directed us. We do not have any forms to file for changing address nor to request a bro bono for myself. I have applied on the court website under pro se Tap.

Please advise what we should do next we really need assistance to dismiss this allegation. Council will help us to fill the forms right as we have little to know with the correct procedure.

Respectfully submitted,

John Alexander/ Nana Youssef
11/20/2025