UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Plaintiff,

-against-

Defendant(s).

_____Hanie Iskander_____Nagwa Youseif_____X

**APPLICATION FOR THE COURT TO REQUEST COUNSEL**

_1:19-_ CV _06791_____ ( _RPK_ )

1. Name of applicant **Nagwa Youseif   / AKA Nana Youssef**_____

2. Explain why you feel you need a lawyer in this case. (Use additional paper if necessary.)

    **I feel my name was invited in the case by mistake and I am not related to the case neither**

    **the business and there is no single document that tells that I am involve in the case**

    **therefore, I need a legal representation as I cannot afford one.**

3. Explain what steps you have taken to find an attorney and with what results.  (Use additional paper if necessary.)
    **we filed the previous application the court request a pro bono lawyer and we spoke to the clark**

    **of the court few times and we are still in the que awaiting for a lawyer to call us. last week**

    **we spoke to the clark and he said we have to wait.**

4. If you need a lawyer who speaks in a language other than English, state what language you speak:

    **Egyptian Arabic speaker**

5. I understand that if a lawyer volunteers to represent me and my lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court.  I understand that if the Court grants this application in a complaint against the Commissioner of Social Security, the pro bono attorney, if successful, has the statutory right to request that the Court award a fee of up to 25% of the accrued Social Security or Supplemental Security Income Benefits.  See 42 U.S.C. § 406.

6. I understand that if my answers on my Request to Proceed *In Forma Pauperis* are false, my case may be dismissed.

7. **I declare under penalty of perjury that the forgoing is true and correct.**

Dated: __11/17/2025_____          **Nagwa Youseif**_____
                                                                                            *Signature*