UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

                     Plaintiff,

   -against-

                   Defendant(s).
_____*Hanie Iskander*_____*Nagwa Youseif*_____ X

**AFFIRMATION OF SERVICE**

1:19- CV **06791** ( **RPK** )

I, _____*Nagwa Youseif*_____ (print or type your name), **declare under penalty of perjury** that I have served a copy of the attached Application for the Court to Request Counsel upon the defendant(s) or the attorney for defendant(s) _____*Hanie Iskander*_____*Nagwa Youseif*_____

whose address is: *36535 Garden Wall Way, Zephyrhills , fl 33541*

by _____*digital document delivered on the court portal online pro se*_____
(describe how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated: _____*11/17/2025*_____

*Nagwa Youseif*_____
*Signature*

*36535 Garden Wall Way*_____
Address

_____

*Zephyrhills, FL 33541*_____
City, State & Zip Code

*rev. 7/08*