*rev. 7/08*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

                              Plaintiff,

              -against-

                              Defendant(s).
          *Hanie Iskander    Nagwa Youseif*
------------------------------------------------------------X

REQUEST TO PROCEED
*IN FORMA PAUPERIS*
**IN SUPPORT OF THE
APPLICATION FOR THE COURT TO
REQUEST COUNSEL**

**1:19-** CV **06791**_____ (**RPK**)

I, **Nagwa Youseif**_____ (print or type your name) am the plaintiff/defendant in the above-entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or give security therefor, and that I believe I am entitled to redress.

1.      If you are presently employed, give the name and address of your employer and state the amount of earnings per month.

                    **Currently not employed**_____

        _____

2.      If you are not presently employed, state the date you were last employed and your earnings per month at that time. **You must answer this question even if you are incarcerated.**

                    **last date employed 09/06/25**_____

        **average $450 a month (part time job )**_____

3.      Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

**worked part time in retail (The Talbots LLC) from May 2024 - September 2025/ received $5,774.14 on 2024**_____

        a) Are you receiving any public benefits?        ☑No ☐Yes, $_____

        b) Do you receive any income from any other source?    ☑No ☐Yes, $_____

*rev. 7/08*

4.      Do you have any money, including money in a checking or savings account?  If so, how much?

_____*$441.84*_____

5.      Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other valuable property?  If the answer is yes, describe the property and state its approximate value.

☐ No   ☑ Yes, $_____*2500*_____*automobile*_____

6.      Do you pay for rent or for a mortgage?  If so, how much each month?

☑ No   ☐ Yes, $_____

7.      List the person(s) that you pay money to support and the amount you pay each month.

_____*None*_____

_____

8.      State any special circumstances which the Court should consider.

_____*I can not afford a lawyer and I need a counsel to speak on my behalf*_____

_____

_____

I understand that the Court may dismiss this case if I give a false answer to any question in this declaration.

I understand that if the Court grants this application in a complaint against the Commissioner of Social Security, the pro bono attorney, if successful, has the statutory right to request that the Court award a fee of up to 25% of the accrued Social Security or Supplemental Security Income Benefits.  See 42 U.S.C. § 406.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: _____*11/172025*_____      *Nagwa Youseif*_____
                                          *Signature*

*rev. 7/08*