*** Filed 12:00 PM, 20 Nov, 2025  U.S.D.C., Eastern District of New York ***

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

STAR AUTO SALES OF QUEENS LLC,

                Plaintiff,

    -against-                                    **ORDER**
                                                  CV-19-6791 (RPK)

HANIE ISKANDER, et al.,

                Defendants.
-------------------------------------------------------------------X

**TISCIONE, Magistrate Judge:**

      Defendant, Nagwa Youseif, is proceeding pro se in this case and has filed a letter motion [131] to Appoint Counsel. The motion is denied as incorrectly filed without prejudice to renew. Accordingly, Defendant Youseif is directed to complete the attached Application for the Court to Request Counsel and Request to Proceed *In Forma Pauperis* ("IFP"), along with any documentation Defendant feels would support the application, and file same with the Court by September 19, 2025.

      Defendant Youseif is advised that the aforementioned application applies only to the individual filer and not multiple parties. Defendant Youseif is further advised that the Court may request any supporting information it feels may be necessary in order to issue a proper ruling on the motion.

      **SO ORDERED.**

**Dated: August 29, 2025**
       **Central Islip, New York**

                                                             *s/Steven Tiscione*
                                                      **STEVEN TISCIONE**
                                                      **UNITED STATES MAGISTRATE JUDGE**