UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CHAMBERS OF
**STEVEN L. TISCIONE**
MAGISTRATE JUDGE
BROOKLYN, NEW YORK 11201

OFFICIAL BUSINESS

NEW YORK NY 100

29 OCT 2025 PM 1 L

BROOKLYN OFFICE

No known fwd address

NIXIE        33913  12/20/2025
            RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
SORT IN MANUAL ONLY NO AUTOMATION
        BC:  56998999955

## Orders on Motions

1:19-cv-06791-RPK-ST Star Auto
Sales of Queens LLC v. Iskander
et al

ACO

### U.S. District Court

### Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 10/28/2025 at 8:15 AM EDT and filed on 10/28/2025
**Case Name:**        Star Auto Sales of Queens LLC v. Iskander et al
**Case Number:**      1:19-cv-06791-RPK-ST
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER denying [145] Motion to Appoint Counsel. As defendant was advised during the hearing held on 10/6/2025: "EACH DEFENDANT shall complete the required forms, providing detailed and accurate information with respect to income and expenses and refile a separate motion for EACH DEFENDANT no later than October 20, 2025. If the forms are incomplete, the motion will be denied." Defendant has not complied with the Order and has not submitted the required forms. Accordingly, the application is denied. So Ordered by Magistrate Judge Steven Tiscione on 10/28/2025. (LV)**

**1:19-cv-06791-RPK-ST Notice has been electronically mailed to:**

Joseph M. Labuda    joe@mllaborlaw.com, Bryan@mllaborlaw.com, hdevito@mllaborlaw.com,
info@mllaborlaw.com, kharper@mllaborlaw.com

Jamie Scott Felsen    jamiefelsen@mmmlaborlaw.com

Jeremy Michael Koufakis    jeremy@mllaborlaw.com, jkoufakis@recap.email

Kyle Francis Oakes Monaghan    kmonaghan@nyrainc.com

**1:19-cv-06791-RPK-ST Notice will not be electronically mailed to:**

Hanie Iskander
a/k/a John Alexander
8259 Enclave Way, Unit 103
Sarasota, FL 34243

Nagwa Youseif
8259 Enclave Way, Unit 103
Sarasota, FL 34243