*** Filed ***
06:15 PM, 20 Jan, 2026
U.S.D.C., Eastern District of New York

Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom N504
Brooklyn, New York 11201
Re:      Star Auto Sales of Queens LLC v. Hanie Iskander, et. al.
Case No.: 1:19-cv-06791-RPK-ST

Dear Magistrate Judge Tiscione:

I, John Alexander a pro se party in the above referenced matter.
I hereby respectfully make an application for pro bono counsel
pursuant to 28 U.S.C. § 1915(e) and in accordance with the Court's
procedures which provide that in each civil action commenced in
the Eastern District of New York, by or against a pro se party, the
District Judge or Magistrate Judge (hereinafter "Judge") to whom
the action is assigned may request pro bono counsel. See Mallard v.
United States District Court for the Southern District of Iowa, 490
U.S. 296, 310 (1989).

A pro se litigant who is seeking pro bono counsel may submit an
application to the Judge assigned to the action. The Court
considers the following factors to decide whether or not to grant an
application for pro bono counsel: (i) the nature and complexity of
the action; (ii) the potential merit of the claims; (iii) the inability of
the pro se party to retain counsel by other means; (iv) the degree to
which the interests of justice will be served by seeking pro bono
counsel for the litigant; and (v) any other factors deemed
appropriate by the Judge. See Ferrelli v. River Manor Health Care
Center, 323 F.3d 196, 204 (2d Cir. 2003); Hodge v. Police Officers,
802 F.2d 58, 61 (2d Cir. 1986).

So I need a form under my name to fill separtly with my name
emailed to my address John@nvadvertising.net   or my mailing
address:

36535 Garden Wall Way Zephyrhills FL 33541

Respectfully submitted,
John Alexander

10/11/2025