Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom N504
Brooklyn, New York 11201
Re:      Star Auto Sales of Queens LLC v. Hanie Iskander, et. al.
Case No.: 1:19-cv-06791-RPK-ST

Dear Magistrate Judge Tiscione:

I have filled the forms as requested and Nagwa have done the same requested an Arabic speaking council. I am not sure how is it that we did not submitted the forms although we have done so three times now, maybe there is a language barrier !  We have respect to the court and followed the direction was made last. You keep sending the old address although you have addressed me on the new address many times! There is some laps in the court admin work I guess as the never update the information! We also submitted the forms as requested and again we submitted today for the third times. I really appreciate the court support


Please advise what we should do next we really need assistance to dismiss this allegation.  Council will help us to fill the forms right as we have little to know with the correct procedure.

Respectfully submitted,
John Alexander
01/20/2026