**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | October 16, 2026 |
| TIME: | 10:00 a.m. |
| DOCKET NUMBER(S): | 19cv6791-RPK-ST |
| NAME OF CASE(S): | Star Auto Sales of Queens LLC v. Iskander et al. |
| FOR PLAINTIFF(S): | Felsen |
| FOR DEFENDANT(S): | Did Not Appear |
| NEXT CONFERENCE(S): | |
| FTR/COURT REPORTER: | Cisco (10:00 - 10:15) |

RULINGS FROM Telephone Conference :

Discovery is complete except for the remaining deposition of pro se Defendant Nagwa Youseif and the continuation of pro se Defendant John Alexander's deposition, both of which have been continuously delayed. Both Defendants shall make themselves available for deposition no later than December 31, 2026. All discovery shall be completed by December 31, 2026. The deadline for beginning dispositive motion practice is extended to January 29, 2027. Plaintiff's counsel is directed to serve a copy of this Order on the pro se Defendants by overnight mail, return-receipt requested, and file proof of such service on the docket