**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**STAR AUTO SALES OF QUEENS LLC d/b/a STAR SUBARU,**

**Plaintiff,**

**-against-**

**HANIE ISKANDER, a/k/a "John Alexander" AND NAGWA YOUSEIF a/k/a "Nagwa F Youseif",**

**Defendants.**
-----------------------------------------------------------------x

**Case No.: 1:19-cv-06791 (MKB) (ST)**

**<u>DECLARATION OF SERVICE</u>**

SOPHIA FREIMAN declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

On October 19, 2026, deponent mailed the within October 19, 2026 Court Order via overnight mail return-receipt requested, to:

Hanie Iskander a/k/a John Alexander
Nagwa F. Youseif
36535 Garden Wall Way
Zephyrhills , FL 33541

I declare under penalty of perjury that the foregoing is true and correct.
Executed October 19, 2026

S. Freiman
_______________________
SOPHIA FREIMAN

**Jamie Felsen**

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **Sent:** | Monday, October 19, 2026 3:22 PM |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 1:19-cv-06791-RPK-ST Star Auto Sales of Queens LLC v. Iskander et al Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.**

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 10/19/2026 at 3:21 PM EDT and filed on 10/19/2026

| | |
|---|---|
| **Case Name:** | Star Auto Sales of Queens LLC v. Iskander et al |
| **Case Number:** | 1:19-cv-06791-RPK-ST |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**ORDER re [169] letter. Defendants shall make themselves available for deposition no later than December 31, 2026. The Court previously ruled that Defendant Alexander must continue his deposition and Defendant Youseif must be deposed notwithstanding their argument that they do not possess any further relevant information. Plaintiff is entitled to conduct the depositions and ask appropriate questions even if Defendants believe their answers will not ultimately prove Plaintiff's case. To the extent that Defendant Youseif is not available for an in-person deposition, she may be deposed remotely prior to the December 31, 2026 deadline.**

***Plaintiff's counsel is directed to serve a copy of this Order on the pro se Defendants by overnight mail, return-receipt requested, and file proof of such service on the docket.*** **So ordered by Magistrate Judge Steven Tiscione on 10/19/2026. (SAS)**

**1:19-cv-06791-RPK-ST Notice has been electronically mailed to:**

Joseph M. Labuda joe@mllaborlaw.com, Bryan@mllaborlaw.com, annette@mllaborlaw.com, hdevito@mllaborlaw.com, info@mllaborlaw.com, kharper@mllaborlaw.com

Jamie Scott Felsen jamiefelsen@mmmlaborlaw.com

Jeremy Michael Koufakis jeremy@mllaborlaw.com, jkoufakis@recap.email

Kyle Francis Oakes Monaghan kmonaghan@nyrainc.com

**1:19-cv-06791-RPK-ST Notice will not be electronically mailed to:**

Hanie Iskander
a/k/a John Alexander
36535 Garden Wall Way
Zephyrhills, FL 33541

Nagwa Youseif
8259 Enclave Way, Unit 103
Sarasota, FL 34243

ORIGIN ID:RMEA (516) 328-8899
JAMIE FELSEN, ESQ.
MILMAN LABUDA LAW GROUP PLLC
3000 MARCUS AVE - SUITE 3W8
LAKE SUCCESS, NY 11042
UNITED STATES US

SHIP DATE: 19OCT26
ACTWGT: 0.20 LB
CAD: 102099381/INET4535

BILL SENDER

TO HANIE ISKANDER AKA JOHN ALEXANDER
NAGWA YOUSEIF 36535 GARDEN WALLWAY

ZEPHYRHILLS FL 33541
(516) 328-8899 REF: STAR SUBARU
INV:
PO: DEPT:

58KJ1/70DF/484B

FedEx Express

J261026012601uv

TUE - 20 OCT 8:00P
STANDARD OVERNIGHT

TRK# 0201 8788 9078 2822

ASR RES
33541

XA LALA

FL-US TPA

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.