*** Filed ***
12:07 PM, 17 Oct, 2026
U.S.D.C., Eastern District of New York

Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom N504
Brooklyn, New York 11201

Re: Star Auto Sales of Queens LLC v. Hanie Iskander, et. al.
Case No.: 1:19-cv-06791-RPK-ST

Dear Magistrate Judge Tiscione:

I have received an email from Star lawyer on short notice on 7:15 am on the October 16th to attend a phone call and of course I did see it later in the day therefor I had a doctor appointment scheduled at 9:45 am time

Regarding a deposition which, we have done 7years ago, I have no more information to give him neither any answers different than what I said.

Nagwa never been a part of the company neither work or stepped a foot in that office. The complain has no ground of facts at all. I requested a legal assistance from the court and I have not heard yet from anyone wants to help! Nagwa is not even available she is away for a while, Nagwa can not understand English very well and can not speak for her self, she will need assistance.

Your honor has given that lawyer back in 12/2022 a 30 days ultimatum to provide proof but he failed and now 4 years later and he is still chasing lies and deception!

Please advise what we should do next we really need assistance to dismiss this allegation. Council will help us to proceed.

I really appreciate the court support

Respectfully submitted,

**John Alexander**
**10/17/2026**