# EXHIBIT "2"

**From:** Jamie Felsen
**To:** "jalexander@myhst.com"
**Subject:** RE: Star v. Iskander
**Date:** Wednesday, October 14, 2026 8:02:00 AM
**Attachments:** image001.png

You need to contact the court and request an adjournment.

Jamie S. Felsen - Partner
Milman Labuda Law Group PLLC
3000 Marcus Ave., Suite 3W8
Lake Success, NY 11042
Telephone (516) 328-8899
Fax (516) 328-0082

This information contained in this message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and the enclosed documents in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify me immediately. Thank you.

**From:** jalexander@myhst.com <jalexander@myhst.com>
**Sent:** Tuesday, October 13, 2026 11:20 PM
**To:** Jamie Felsen <jamiefelsen@mllaborlaw.com>
**Subject:** Re: Star v. Iskander

I have a doctor appointment on Friday morning and I am still waiting on the court to provide an attorney to speak on our behalf, I have done my part and have no more information to offer. Nagwa has nothing to do with any of my previous business! It been almost nine years and you are questioning the wrong people. We can not speak without an attorney, I like to get an appointment to speak with the judge on any Friday date. Thanks

On 2026-10-13 10:48 am, Jamie Felsen wrote:

> Mr. Alexander,
>
> Please provide your availability and the availability of Nagwa Youseif in November for your depositions. We have a court conference this Friday at 10 am and we need to tell the judge when the depositions will take place.
>
> Jamie S. Felsen - Partner
> Milman Labuda Law Group PLLC
> 3000 Marcus Ave., Suite 3W8
> Lake Success, NY 11042
> Telephone (516) 328-8899
> Fax (516) 328-0082
>
> This information contained in this message is intended only for the personal and confidential use of the

recipient(s) named above. This message may be an attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and the enclosed documents in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify me immediately. Thank you.

---

**From:** Jamie Felsen
**Sent:** Tuesday, June 24, 2025 10:54 AM
**To:** John Alexander <john@nvadvertising.net>
**Subject:** RE: Schedualed date

We can address at the court conference tomorrow.

______________________________

Jamie S. Felsen - Partner
Milman Labuda Law Group PLLC
3000 Marcus Ave., Suite 3W8
Lake Success, NY 11042
Telephone (516) 328-8899
Fax (516) 328-0082

This information contained in this message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and the enclosed documents in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify me immediately. Thank you.

---

**From:** John Alexander <john@nvadvertising.net>
**Sent:** Tuesday, June 24, 2025 10:40 AM
**To:** Jamie Felsen <jamiefelsen@mllaborlaw.com>
**Subject:** Re: Schedualed date

I am not sure why you sending me this? we still awaiting on the Bar Association to coordinate a bro bono lawyer to us!

On 24-06-2025 09:38, Jamie Felsen wrote:

> Mr. and Mrs. Alexander,
>
> Attached is a subpoena that has been served on Francine Filardo for her deposition in this matter.
>
> ______________________________
>
> Jamie S. Felsen - Partner
> Milman Labuda Law Group PLLC
> 3000 Marcus Ave., Suite 3W8
> Lake Success, NY 11042
> Telephone (516) 328-8899

Fax (516) 328-0082

This information contained in this message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and the enclosed documents in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify me immediately. Thank you.

---

**From:** John Alexander <john@nvadvertising.net>
**Sent:** Friday, May 30, 2025 10:42 AM
**To:** Jamie Felsen <jamiefelsen@mllaborlaw.com>
**Subject:** Re: Schedualed date

We still waiting on the schedule from the pro bono Lawyer by the association. Court was addressed as well.

Previous response;

Jamie, we had a conversation today with the city bar association about a conflict in the lawyer schedule and our schedule, so we have to arrange for a meeting by the 30th or the first week, I will let you know once they arrange it.

Thanks

On 02-05-2025 08:34, Jamie Felsen wrote:

> If they will be representing you, please have them contact me.
>
> ______________________________
> Jamie S. Felsen - Partner
> Milman Labuda Law Group PLLC
> 3000 Marcus Ave., Suite 3W8
> Lake Success, NY 11042
> Telephone (516) 328-8899
> Fax (516) 328-0082
>
> This information contained in this message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and the enclosed documents in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify me immediately. Thank you.
>
> ---
>
> **From:** John Alexander <john@nvadvertising.net>
> **Sent:** Thursday, May 1, 2025 11:16 AM
> **To:** Jamie Felsen <jamiefelsen@mllaborlaw.com>
> **Subject:** Schedualed date
>
> **Caution:** The sender of this message is external to your organization and not recognized. Use care when replying, selecting links, or opening attachments.

> > > This is a note to inform you that we sent a motion to the court for legal assistance for the case, (check the portal).
> > >
> > > The court has granted us the CITY BAR JUSTICE CENTER assistance and we are in the process to schedule a meeting by May 15th to discuss the case.
> > >
> > > Then I will inform the court with the text step through the Bar lawyer.
> > >
> > > Regards
> > >
> > > John Alexander
> >
> > --
> > John Alexander
> > Executive Director
> > New Vision Advertising
> > Sarasota FL 34236
> > 941 366 3757
> > www.nvadvertising.net
> > www.thevibetv.net
>
> --
> John Alexander
> Executive Director
> New Vision Advertising
> Sarasota FL 34236
> 941 366 3757
> www.nvadvertising.net
> www.thevibetv.net

--



John Alexander
Health Life Annuity
Adviser / Broker
**C: 941 822 2597**
**O: 941 366 3757**
jalexander@myhst.com

Healthcare
Solutions Team®
*A Plan for Everyone*

If you do not want to receive emails from us, you can follow this link to unsubscribe.