# EXHIBIT "3"

**From:** jalexander@myhst.com
**To:** Jamie Felsen
**Subject:** Re: FW: Activity in Case 1:19-cv-06791-RPK-ST Star Auto Sales of Queens LLC v. Iskander et al Telephone Conference
**Date:** Saturday, October 17, 2026 11:49:05 AM
**Attachments:** a5e1992c.png

I addressed the court to provide a legal assistance before attending any conversation with you. You did not send any mail or email prior to the phone call with the court. You sent the same day at 7:15 AM an email which is recorded on the sent portal. We need to schedule a phone call with the judge prior to any procedure!

On 2026-10-16 1:31 pm, Jamie Felsen wrote:

> Mr. Alexander,
>
> See below Court Order. As per the Order, we are required to depose you and Nagwa Youseif prior to December 31. We will conduct the depositions by Zoom. As of now, I am available on the following dates: November 17, 23, 25; December 1, 3, 4, 7, 8, 9, 10, 11, 14, 15, 16, 18, 21, 22. Please let me know what date works for you and Ms. Youseif.
>
> Jamie S. Felsen - Partner
> Milman Labuda Law Group PLLC
> 3000 Marcus Ave., Suite 3W8
> Lake Success, NY 11042
> Telephone (516) 328-8899
> Fax (516) 328-0082
>
> This information contained in this message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and the enclosed documents in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify me immediately. Thank you.
>
> **From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
> **Sent:** Friday, October 16, 2026 1:10 PM
> **To:** nobody@nyed.uscourts.gov
> **Subject:** Activity in Case 1:19-cv-06791-RPK-ST Star Auto Sales of Queens LLC v. Iskander et al Telephone Conference
>
> **This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.**

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 10/16/2026 at 1:09 PM EDT and filed on 10/16/2026

| | |
|---|---|
| **Case Name:** | Star Auto Sales of Queens LLC v. Iskander et al |
| **Case Number:** | 1:19-cv-06791-RPK-ST |
| **Filer:** | |
| **Document Number:** | 167 |

**Docket Text:**
**Minute Entry for Telephone Conference held on 10/16/26 at 10:00 a.m. before Magistrate Judge Steven Tiscione: Felsen for Plaintiff; No Appearance for Defendants. Discovery is complete except for the remaining deposition of pro se Defendant Nagwa Youseif and the continuation of pro se Defendant John Alexander's deposition, both of which have been continuously delayed. Both Defendants shall make themselves available for deposition no later than December 31, 2026. All discovery shall be completed by December 31, 2026. The deadline for beginning dispositive motion practice is extended to January 29, 2027.**

***Plaintiff's counsel is directed to serve a copy of this Order on the pro se Defendants by overnight mail, return-receipt requested, and file proof of such service on the docket.*** **(Time Log: 10:00 - 10:15 via Cisco.) (JJT)**

**1:19-cv-06791-RPK-ST Notice has been electronically mailed to:**

Joseph M. Labuda joe@mllaborlaw.com, Bryan@mllaborlaw.com, annette@mllaborlaw.com, hdevito@mllaborlaw.com, info@mllaborlaw.com, kharper@mllaborlaw.com

Jamie Scott Felsen jamiefelsen@mmmlaborlaw.com

Jeremy Michael Koufakis jeremy@mllaborlaw.com, jkoufakis@recap.email

Kyle Francis Oakes Monaghan kmonaghan@nyrainc.com

**1:19-cv-06791-RPK-ST Notice will not be electronically mailed to:**

Hanie Iskander
a/k/a John Alexander
36535 Garden Wall Way
Zephyrhills, FL 33541

Nagwa Youseif
8259 Enclave Way, Unit 103
Sarasota, FL 34243

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=10/16/2026] [FileNumber=21572598-0
] [09ea273fcb29b4b5951e920182334733ca5b9eecf7e0105cf137a4540429dd57fc3
796ecf4069deaccb0f52362d10937567f97b19f44fc119538a41318437cfa]]

--



John Alexander
Health Life Annuity
Adviser / Broker
**C: 941 822 2597**
**O: 941 366 3757**
jalexander@myhst.com

Healthcare
Solutions Team®
*A Plan for Everyone*

If you do not want to receive emails from us, you can follow this link to unsubscribe.