FedEx Sign Up or Log In

# Shipment facts

## Shipment overview

| | |
|---|---|
| TRACKING NUMBER | 878785286627 |
| DELIVERED TO | Residence |
| SHIP DATE | 10/16/2026 |
| STANDARD TRANSIT | 10/19/2026 before 8:00 pm |
| DELIVERED | 10/19/2026 at 11:59 am |

## Services

| | |
|---|---|
| SERVICE | FedEx Standard Overnight |
| TERMS | Shipper |
| SPECIAL HANDLING SECTION | Deliver Weekday, Residential Delivery, Adult Signature Required |
| SIGNATURE SERVICES | Adult Signature Required |

## Package details

| | |
|---|---|
| WEIGHT | 0.5 lbs / 0.23 kgs |
| TOTAL PIECES | 1 |
| TOTAL SHIPMENT WEIGHT | 0.5 lbs / 0.23 kgs |
| PACKAGING | FedEx Envelope |

*** Filed ***
07:44 AM, 20 Oct, 2026
U.S.D.C., Eastern District of New York