**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

**Author: Jamie S. Felsen, Esq - Member**
**Direct E-Mail Address: jamie@mllaborlaw.com**
**Direct Dial: (516) 303-1391**

October 21, 2026

**VIA ECF**
Magistrate Judge Steven L. Tiscione
United States District Court
100 Federal Plaza, Courtroom 910
Central Islip, NY 11722

**Re: Star Auto Sales of Queens LLC v. Hanie Iskander, *et al.***
**Case No.: 1:19-cv-06791-RPK-ST**

Dear Judge Tiscione:

This firm represents plaintiff, Star Auto Sales of Queens LLC d/b/a Star Subaru in the above-referenced action. Plaintiff submits this letter in response to Mr. Iskander's additional misrepresentations contained in his filings at ECF Docket Entries 174-174-2.

The FedEx delivery that is contained in ECF Docket Entry 174-2 relates to the October 16, 2026 Order that Plaintiff was directed to serve on Defendants by overnight mail return-receipt requested. The top right-hand corner of the FedEx package shows the ship date as October 16, 2026.

174-2 is not, as Defendants falsely state, the October 6, 2026 Order scheduling the October 16, 2026 conference. As previously explained in my October 20, 2026 correspondence, that notice was provided to FedEx on October 6, 2026 and was unable to be delivered by FedEx because there was nobody available to sign for it.

Respectfully submitted,

/s/ Jamie S. Felsen

cc: Hanie Iskander and Nagwa F. Youseif
Via First Class Mail & E-Mail: jalexander@myhst.com