*** Filed ***
07:57 AM, 28 Oct, 2026
U.S.D.C., Eastern District of New York

Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom N504
Brooklyn, New York 11201

Re: Star Auto Sales of Queens LLC v. Hanie Iskander, et. al.
Case No.: 1:19-cv-06791-RPK-ST

Motion 2 for protection against Star lawyer “Jamie”

**Safeguarding personal privacy:**

**Dear Magistrate Judge Tiscione:**

**It has been 9 years of harassment from Star Lawyer Jamie for a claim I have never been involve in any direct business with his Plaintiff :**

I Sending SOPINA TO OUR HOME IN 2017 ASKING TO TESTIFY AGAINST Doug Filardo which was dismissed

Sending 2 fake detictives to invade our privacy at home to have me sign a forms to release us from the case in exchange of convicting Doug which I signed But two month later they start a claim against me!!!

They came aging and again humoring my door to have me sign a paper again to convict Doug which I not involve in his case at all.

I have to call the police then to escort them out the community!

In hid deposition he repeatedly ask the same questions over and over to abuse the time and money I am spending. Most of the time if he does not hear his answer he scream I will call the Judge (very un professtional).

Dragged me with his court connection in a criminal case which, I should never be involve in to cost me a lot of money to borrow and time to defend my case and get it dismissed.

I also lost my job then!

I am asking the court to put a stop for this case after 9 years deposition!!! I can not take his harassment ,annoyance, oppression

**and undue financial load!**

**Respectivly:**
**John Alexander**
**10/28/2026**