**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

**Author: Jamie S. Felsen, Esq - Member**
**Direct E-Mail Address: jamie@mllaborlaw.com**
**Direct Dial: (516) 303-1391**

November 13, 2026

**VIA ECF**
Magistrate Judge Steven L. Tiscione
United States District Court Eastern District of New York
225 Cadman Plaza East, Courtroom N504
Brooklyn, New York 11201

**Re: Star Auto Sales of Queens LLC v. Hanie Iskander. *et al.***
**Case No.: 1:19-cv-06791-RPK-ST**

Dear Magistrate Judge Tiscione:

This firm represents Plaintiff Star Auto Sales of Queens LLC d/b/a Star Subaru in the above-referenced action.

I sent this Court's October 29, 2026 Order (ECF Doc. 178) to Defendants via Federal Express pursuant to the Court's directive. This week, Federal Express returned the package to my office with a note stating that the package was refused by the recipient. This is not the first time we have been unable to deliver Federal Express packages to Defendants.

I have e-mailed a copy of the October 29, 2026 to the e-mail address for Mr. Alexander at which I have previously communicated with him. Moreover, Mr. Alexander was present for the October 29, 2026 conference at which the Court scheduled the depositions of both defendants for December 18, 2026 beginning at 10:00 am with Ms. Yousseif and concluding with Mr. Alexander, so he is aware of the depositions.

Plaintiff respectfully requests that Mr. Alexander be directed to inform Ms. Yousseif that her deposition will proceed on December 18 at 10 am and provide her email address to me so that I may communicate with both defendants via e-mail.

Plaintiff also requests that the Court issue an Order warning Defendants that if they fail to appear for their deposition on December 18, they will be ordered to pay any fee Plaintiff is obligated to pay for the Egyptian interpreter and court reporter and may be held in contempt of court.

Plaintiff also requests that any further Orders may be served on Defendants via e-mail since they are refusing Federal Express packages that I send them.

Respectfully submitted,

/s/ Jamie S. Felsen

cc: Hanie Iskander a/k/a John Alexander (via email: john@nvadvertising.net)